Certificate Number: 17082-NJ-DE-038444827

Bankruptcy Case Number: 24-13760



17082-NJ-DE-038444827

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 4, 2024, at 4:53 o'clock PM MST, WILLIAM E CZYZEWSKI Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  May 4, 2024                    By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director