Certificate Number: 17082-NJ-DE-038444826

Bankruptcy Case Number: 24-13760



17082-NJ-DE-038444826

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 4, 2024, at 4:53 o'clock PM MST, ASHLEY E CZYZEWSKI completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 4, 2024                By:   /s/Orsolya K Lazar

                                   Name: Orsolya K Lazar

                                   Title: Executive Director