Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
Attorney for CarMax Business Services, LLC

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE:  WILLIAM E. CZYZEWSKI, JR.
ASHLEY E. CZYZEWSKI

CHAPTER: 13
CASE NO:  24-13760 (ABA)
HEARING DATE:

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS

    CarMax Business Services, LLC enters its appearance and the law firm of Eisenberg Gold & Agrawal, P.C., pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for CarMax Business Services, LLC with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

    Eisenberg Gold & Agrawal, P.C.
    1040 Kings Hwy N #200
    Cherry Hill, NJ 08034
    (856) 330-6200

    CarMax Business Services, LLC pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to CarMax Business Services, LLC by due service upon its undersigned attorneys at the address stated above and also to it at the following address:

CarMax Business Services, LLC
Lefkoff, Rubin, Gleason, Russo & Williams, P.C.
5555 Glenridge Connector, Suite 900
Atlanta, GA 30342

    CarMax Business Services, LLC pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

        /s/ William E. Craig
        William E. Craig, Esquire
        Attorney for CarMax Business Services, LLC

Dated: 6/3/24