| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Rex J. Roldan, Esquire (Attorney ID#: 017621993)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, New Jersey 08012<br>(856) 232-1425   Fax (856) 232-1025<br>Attorney for Debtors | **Order Filed on July 16, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>WILLIAM E. CZYZEWSKI, JR. and ASHLEY E. CZYZEWSKI,<br><br>                               Debtors | Case No.:       24-13760 (ABA)<br><br>Chapter:         13<br><br>Hearing Date: July 16, 2024<br><br>Judge:           Andrew B. Altenburg, Jr., U.S.B.J. |

      **ORDER TO ALLOW RESCHEDULING OF THE 341(a) MEETING OF CREDITORS**

      The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 16, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors:      William E. Czyzewski, Jr. and Ashley E. Czyzewski

Case No.:    24-13760 (ABA)

Re:          Order to Allow Rescheduling of the 341(a) Meeting of Creditors

---

**THIS MATTER** having been opened before the Court on motion by debtors, William E. Czyzewski, Jr. and Ashley E. Czyzewski, by and through their attorney, Rex J. Roldan, Esquire, for an Order to Allow Rescheduling of the 341(a) Meeting of Creditors, and the Court having considered the matter, and good cause having been shown;

**IT IS,** on this _____ day of _____, 2024, hereby **ORDERED** that the Motion of Debtors, William E. Czyzewski, Jr. and Ashley E. Czyzewski, to Allow Rescheduling of the 341(a) Meeting of Creditors be and is hereby **GRANTED;** and

**IT IS FURTHER ORDERED** that within ten (10) days of the date of this Order, Debtors shall reschedule the 341(a) Meeting of Creditors; and

**IT IS FURTHER ORDERED** that in the event Debtors fail to comply with the terms of this Order and/or if Debtors fail to appear at the rescheduled 341(a) Hearing, Debtors' case shall be dismissed immediately upon the filing of a Certification of Noncompliance by the Chapter 13 Trustee.