| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Rex J. Roldan, Esquire (Attorney ID#: 017621993)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, New Jersey 08012<br>(856) 232-1425   Fax (856) 232-1025<br>Attorney for Debtors | Order Filed on July 16, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WILLIAM E. CZYZEWSKI, JR. and ASHLEY E. CZYZEWSKI,<br><br>                    Debtors | Case No.:       24-13760 (ABA)<br><br>Chapter:         13<br><br>Hearing Date: July 16, 2024<br><br>Judge:            Andrew B. Altenburg, Jr., U.S.B.J. |

**ORDER TO ALLOW RESCHEDULING OF THE 341(a) MEETING OF CREDITORS**

    The relief set forth on the following pages is hereby **ORDERED**.

**DATED: July 16, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors:     William E. Czyzewski, Jr. and Ashley E. Czyzewski

Case No.:    24-13760 (ABA)

Re:          Order to Allow Rescheduling of the 341(a) Meeting of Creditors

---

**THIS MATTER** having been opened before the Court on motion by debtors, William E. Czyzewski, Jr. and Ashley E. Czyzewski, by and through their attorney, Rex J. Roldan, Esquire, for an Order to Allow Rescheduling of the 341(a) Meeting of Creditors, and the Court having considered the matter, and good cause having been shown;

**IT IS,** on this _____ day of _____, 2024, hereby **ORDERED** that the Motion of Debtors, William E. Czyzewski, Jr. and Ashley E. Czyzewski, to Allow Rescheduling of the 341(a) Meeting of Creditors be and is hereby **GRANTED;** and

**IT IS FURTHER ORDERED** that within ten (10) days of the date of this Order, Debtors shall reschedule the 341(a) Meeting of Creditors; and

**IT IS FURTHER ORDERED** that in the event Debtors fail to comply with the terms of this Order and/or if Debtors fail to appear at the rescheduled 341(a) Hearing, Debtors' case shall be dismissed immediately upon the filing of a Certification of Noncompliance by the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-13760-ABA |
| William E. Czyzewski, Jr. | Chapter 13 |
| Ashley E. Czyzewski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 16, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E. Czyzewski, Jr., Ashley E. Czyzewski, 56 Thackery Court, Sewell, NJ 08080-1414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rex J. Roldan | on behalf of Debtor William E. Czyzewski  Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Joint Debtor Ashley E. Czyzewski roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jul 16, 2024 | Form ID: pdf903 | Total Noticed: 1 |

William E. Craig
          on behalf of Creditor CarMax Business Services  LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7