Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| William E. Czyzewski, Jr., *aka William Ernest Czyzewski, Jr.* Ashley E. Czyzewski, *aka Ashley Elizabeth Czyzewski* | Case No. 24-13760-ABA |
| | Hearing Date: August 20, 2024 at 10:00 a.m. Judge: Andrew B. Altenburg Jr |
| Debtors. | |

**CERTIFICATION OF SERVICE**

1. I, Taryn Rose:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for McCalla Raymer Leibert Pierce, LLC who represents the Secured Creditor.

    ☐ am the _____ in the above case and am representing myself.

2. On August 7, 2024 I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

    • Notice of Motion to Vacate Automatic Stay

- Certification in Support of Motion

- Certification of Movant re: Post Petition Payment History (Motor Vehicle Loan dated November 30, 2021)

- Proposed Order Vacating Stay

- Promissory Note, Title, and other Exhibits

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 7, 2024                             /s/ Taryn Rose

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Finberg<br>Standing Chapter 13 Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| William E. Czyzewski, Jr.<br>56 Thackery Court<br>Sewell, NJ 08080 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Ashley E. Czyzewski<br>56 Thackery Court<br>Sewell, NJ 08080 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR |

|  |  | 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
|---|---|---|
| Rex J. Roldan<br>Law Office of Rex J. Roldan, PC<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Name of Electronic Filing (NEF)<br>☐ Other NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.