Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

Order Filed on August 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re:<br><br>William E. Czyzewski, Jr.,<br>*aka William Ernest Czyzewski, Jr.*<br>Ashley E. Czyzewski,<br>*aka Ashley Elizabeth Czyzewski*<br><br><br>Debtors. | Chapter 13<br><br>Case No. 24-13760-ABA<br><br>Hearing Date: August 20, 2024 at 10:00 a.m. Judge: Andrew B. Altenburg Jr |
|---|---|

Recommended Local Form   ☒ Followed   ☐ Modified

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages is hereby **ORDERED**

**DATED: August 20, 2024**

*[signature]*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Pentagon Federal Credit Union, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted, and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐   Real property more fully described as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☒   Personal property more fully described as:

2016 CADILLAC ESCALADE, VIN: 1GYS4HKJ5GR220056

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.