UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Rex J. Roldan, P.C.
Rex J. Roldan, Esquire (Attorney ID#: 017621993)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtors

In Re:
WILLIAM E. CZYZEWSKI, JR. and ASHLEY E. CZYZEWSKI

Order Filed on September 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number:   24-13760 (ABA)

Hearing Date:   September 24, 2024

Judge:   Andrew B. Altenburg, Jr.

Chapter:   13

Recommended Local Form:   ☒ Followed   ☐ Modified

### ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 24, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by _____Debtors_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service.*

*rev.5/1/19*