UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____      _____

                                                                                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

## LAW OFFICES OF REX J. ROLDAN
*A Professional Corporation*
WASHINGTON PROFESSIONAL CAMPUS
900 ROUTE 168, SUITE I-4
TURNERSVILLE, NEW JERSEY 08012

REX J. ROLDAN
MEMBER OF NJ AND PA BARS

(856) 232-1425
FAX (856) 232-1025
E-MAIL: ROLDANLAW@COMCAST.NET

OUR FILE NO.: 4672RR

October 5, 2024

CarMax Auto Finance
ATTN: General Manager and/or Managing Agent
Bankruptcy Department
225 Chastain Meadows Court, Suite 210
Kennesaw, GA 30144

CarMax Business Services, LLC
Lefkoff, Rubin, Gleason, Russo & Williams, P.C.
5555 Glenridge Connector, Suite 900
Atlanta, GA 30342

Pentagon Federal Credit Union
ATTN: General Manager and/or Managing Agent
Box 1432
Alexandria, VA 22313-2302

William E. Craig, Esquire
Eisenberg Gold & Agrawal, PC
1040 Kings Hwy N #200
Cherry Hill, NJ 08034

RE: **William E. Czyzewski, Jr. and Ashley E. Czyzewski**
**Chapter 13 Bankruptcy Case No.: 24-13760 (ABA)**

Dear Sir/Madam:

You should have previously received from the court a copy of the plan proposed by the Debtors and a *Notice of the Hearing on Confirmation of Plan.*

The enclosed plan is a copy of the one sent to you by the court. It has been served on you again because the plan contains motions that may adversely affect your interest. All forms of relief sought by motion appear in Part 7 of the plan.

The Confirmation Hearing is scheduled for October 9, 2024. Objections to any relief sought in the plan, including relief sought by motion, must be filed not later than seven (7) days prior to the confirmation hearing.

YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

Very truly yours,

Rex J. Roldan

RJR:amr
Enclosure

C:\Legal\bank\4672rr\creditors241005.wpd