Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−13760−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William E. Czyzewski Jr.
aka William Ernest Czyzewski Jr.
56 Thackery Court
Sewell, NJ 08080

Ashley E. Czyzewski
aka Ashley Elizabeth Czyzewski
56 Thackery Court
Sewell, NJ 08080

Social Security No.:
xxx−xx−8197

xxx−xx−1239

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I Jerome Davis , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY:

Description of Property (if applicable):

Settlement of personal injury claim of Debtor, William E. Czyzewski, Jr.

Dated: October 30, 2024
JAN: jgd

Jeanne Naughton
Clerk