Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−13760−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William E. Czyzewski Jr. | Ashley E. Czyzewski |
| aka William Ernest Czyzewski Jr. | aka Ashley Elizabeth Czyzewski |
| 56 Thackery Court | 56 Thackery Court |
| Sewell, NJ 08080 | Sewell, NJ 08080 |

Social Security No.:
  xxx−xx−8197                                                   xxx−xx−1239

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 14, 2024.

Dated: November 14, 2024
JAN: as

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-13760-ABA |
| William E. Czyzewski, Jr. | Chapter 13 |
| Ashley E. Czyzewski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 14, 2024 | Form ID: plncf13 | Total Noticed: 81 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E. Czyzewski, Jr., Ashley E. Czyzewski, 56 Thackery Court, Sewell, NJ 08080-1414 |
| cr | + | CarMax Business Services, LLC, 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342-4762 |
| 520223256 | + | Affirm, Inc., 622 Folsom Street, Floor 7, San Francisco, CA 94107-1305 |
| 520223264 | + | College Avenue Student Loan, 4099 McEwen Road, Suite 7008, Farmers Branch, TX 75244-5030 |
| 520223273 | | Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 520223280 | + | Mariner Finance, LLC, 5851 Rt. 42 Plaza, Suite 16, Turnersville, NJ 08012-1460 |
| 520223288 | ++ | PROSPER MARKETPLACE INC, 221 MAIN STREET STE 300, SAN FRANCISCO CA 94105-1909 address filed with court:, Prosper Marketplace, Inc., 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 520223287 | ++ | PROSPER MARKETPLACE INC, 221 MAIN STREET STE 300, SAN FRANCISCO CA 94105-1909 address filed with court:, Prosper Marketplace, Inc., PO Box 886081, Los Angeles, CA 90088-6081 |
| 520223286 | + | Portnoy Schneck, LLC, 3705 Quakerbridge Road, Suite 116, Hamilton, NJ 08619-1288 |
| 520223289 | + | Republic Bank, 175 W. Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 520223291 | ++ | SUNRUN INC, 1800 W ASHTON BLVD, LEHI UT 84043-5490 address filed with court:, Sunrun, Inc., 1800 W. Ashton Blvd, Lehi, UT 84043 |
| 520223290 | + | Schachter Portnoy, LLC, 3490 Route 1, Princeton, NJ 08540-5920 |
| 520223294 | | The Bank of Orrick, 113 E. South Front Street, Orrick, MO 64077 |
| 520415344 | + | Wensley Homeowners Association, 46 Sussex Avenue, Sewell, NJ 08080-1233 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520273452 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 14 2024 20:50:00 | 1st Financial Bank USA, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520223255 | | Email/Text: bankruptcynotice@1fbusa.com | Nov 14 2024 20:50:00 | 1st Financial Bank USA, PO Box 1100, North Sioux City, SD 57049-1100 |
| 520285756 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:56:35 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223257 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2024 20:55:47 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 520263470 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2024 20:56:39 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520223258 | | Email/Text: bnc-aquafinance@quantum3group.com | Nov 14 2024 20:50:00 | Aqua Finance Inc., PO Box 1143, Wausau, WI 54402-1143 |

| | | | |
|---|---|---|---|
| 520324575 | Email/Text: bankruptcy@pepcoholdings.com | Nov 14 2024 20:49:00 | Atlantic City Electric, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520223259 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 20:57:31 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 520223261 | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 14 2024 20:49:00 | CarMax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 520227173 | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 14 2024 20:49:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 520223262 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 14 2024 20:51:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 520309380 | Email/Text: BKelectronicnotices@cenlar.com | Nov 14 2024 20:49:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520223263 | ^ MEBN | Nov 14 2024 20:43:30 | CMG Financial, PO Box 77404, Ewing, NJ 08628-6404 |
| 520223260 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2024 20:57:17 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520255588 | + Email/PDF: ebn_ais@aisinfo.com | Nov 14 2024 20:57:40 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520301809 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 20:55:49 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520223265 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 20:50:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520223266 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 14 2024 20:51:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 520223267 | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2024 20:56:30 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520223269 | Email/Text: mrdiscen@discover.com | Nov 14 2024 20:48:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 520223279 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 20:55:48 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 520223268 | + Email/Text: mrdiscen@discover.com | Nov 14 2024 20:48:00 | Discover, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 520265221 | Email/Text: mrdiscen@discover.com | Nov 14 2024 20:48:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520231168 | Email/Text: mrdiscen@discover.com | Nov 14 2024 20:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520223272 | Email/Text: BankruptcyNotices@firsttechfed.com | Nov 14 2024 20:48:00 | First Tech Federal Credit Union, PO Box 2100, Beaverton, OR 97075-2100 |
| 520223270 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 14 2024 20:51:00 | Feb Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223271 | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 14 2024 21:08:52 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520223273 | ^ MEBN | Nov 14 2024 20:45:12 | Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 520223274 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 20:55:50 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 520223275 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2024 20:49:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520291067 | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Nov 14 2024 20:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520246839 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 14 2024 20:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520223276 | | Email/Text: bankruptcy@kashable.com | Nov 14 2024 20:48:00 | Kashable LLC, 489 Fifth Avenue, 18th Floor, New York, NY 10017 |
| 520223277 | + | Email/Text: bankruptcy.us@klarna.com | Nov 14 2024 20:49:00 | Klarna Inc., 800 N. High Street, Suite 400, Columbus, OH 43215-1430 |
| 520223278 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 14 2024 20:48:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520302110 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:55:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520307881 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 14 2024 20:49:00 | MARINER FINANCE, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520223282 | | Email/Text: EBN@Mohela.com | Nov 14 2024 20:49:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520412862 | | Email/Text: EBN@Mohela.com | Nov 14 2024 20:49:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520223281 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 14 2024 20:51:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223283 | | Email/Text: netcreditbnc@enova.com | Nov 14 2024 20:50:24 | NetCredit, PO Box 206766, Dallas, TX 75320-6766 |
| 520223284 | | Email/PDF: cbp@omf.com | Nov 14 2024 20:55:10 | OneMain, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 520232763 | + | Email/PDF: cbp@omf.com | Nov 14 2024 20:55:28 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520223285 | | Email/Text: bkrgeneric@penfed.org | Nov 14 2024 20:48:00 | Pentagon Federal Credit Union, Box 1432, Alexandria, VA 22313-2302 |
| 520427161 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2024 21:09:15 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520427162 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2024 20:55:28 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520223288 | | Email/Text: ProsperBK@prosper.com | Nov 14 2024 20:50:00 | Prosper Marketplace, Inc., 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 520223287 | | Email/Text: ProsperBK@prosper.com | Nov 14 2024 20:50:00 | Prosper Marketplace, Inc., PO Box 886081, Los Angeles, CA 90088-6081 |
| 520284024 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 14 2024 20:50:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520300629 | + | Email/Text: bncmail@w-legal.com | Nov 14 2024 20:49:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520255048 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 20:50:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520298530 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 20:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520299531 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 20:50:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520375900 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:57:23 | Resurgent Receivables LLC, c/o Resurgent Capital |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 14, 2024 | Form ID: plncf13 | Total Noticed: 81 |

| | | | | |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520375901 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:55:52 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 520301904 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 20:55:48 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223291 | | Email/Text: Bankruptcy@sunrun.com | Nov 14 2024 20:50:00 | Sunrun, Inc., 1800 W. Ashton Blvd, Lehi, UT 84043 |
| 520324576 | | Email/Text: bankruptcynotice@sjindustries.com | Nov 14 2024 20:49:00 | South Jersey Gas Company, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 520308834 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 14 2024 20:56:57 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520223292 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 20:55:16 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520302619 | | Email/Text: bncmail@w-legal.com | Nov 14 2024 20:50:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520223293 | + | Email/Text: bncmail@w-legal.com | Nov 14 2024 20:49:00 | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 520223295 | | Email/Text: bknotice@upgrade.com | Nov 14 2024 20:48:00 | Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 520223296 | | Email/Text: EDBKNotices@ecmc.org | Nov 14 2024 20:48:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520300220 | | Email/Text: bankruptcynotices@vivecard.com | Nov 14 2024 20:48:00 | Vive Financial, PO Box 708670, Sandy, UT 84070 |
| 520223297 | | Email/Text: bankruptcynotices@vivecard.com | Nov 14 2024 20:48:00 | Vive Financial, PO Box 708970, Sandy, UT 84070-8970 |
| 520269236 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2024 20:56:03 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520264458 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2024 20:57:26 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520223298 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2024 20:56:58 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 71

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520285757 | * | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Nov 14, 2024 | Form ID: plncf13 | Total Noticed: 81 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Pentagon Federal Credit Union laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rex J. Roldan | on behalf of Debtor William E. Czyzewski Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Joint Debtor Ashley E. Czyzewski roldanlaw@comcast.net roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor CarMax Business Services LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8