Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-13760 (ABA)

William E. Czyzewski, Jr. and Ashley E. Czyzewski  
56 Thackery Court  
Sewell, NJ  08080

Monthly Payment: $2,850.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/20/2024 | $1,800.00 | 06/03/2024 | $731.00 | 07/01/2024 | $2,531.00 | 07/29/2024 | $2,531.00 |
| 08/26/2024 | $2,531.00 | 09/23/2024 | $2,531.00 | 11/01/2024 | $2,531.00 | 11/18/2024 | $2,000.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILLIAM E. CZYZEWSKI, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | REX J. ROLDAN, ESQUIRE | 13 | $4,213.00 | $4,213.00 | $0.00 | $0.00 |
| 1 | 1ST FINANCIAL BANK USA | 33 | $1,583.15 | $0.00 | $1,583.15 | $0.00 |
| 2 | AFFIRM, INC. | 33 | $990.67 | $0.00 | $990.67 | $0.00 |
| 3 | AMERICAN EXPRESS | 33 | $3,516.66 | $0.00 | $3,516.66 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK, N.A. | 33 | $500.80 | $0.00 | $500.80 | $0.00 |
| 6 | QUANTUM3 GROUP, LLC | 33 | $432.85 | $0.00 | $432.85 | $0.00 |
| 7 | CENLAR, FSB | 24 | $27,008.82 | $8,477.10 | $18,531.72 | $0.00 |
| 8 | CAPITAL ONE, N.A. | 33 | $884.28 | $0.00 | $884.28 | $0.00 |
| 9 | CARMAX BUSINESS SERVICES, LLC | 24 | $52,270.43 | $2,400.00 | $49,870.43 | $0.00 |
| 10 | COLLEGE AVENUE STUDENT LOAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COMENITY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $907.36 | $0.00 | $907.36 | $0.00 |
| 13 | RESURGENT RECEIVABLES, LLC | 33 | $620.91 | $0.00 | $620.91 | $0.00 |
| 14 | DISCOVER BANK | 33 | $492.57 | $0.00 | $492.57 | $0.00 |
| 15 | DISCOVER BANK | 33 | $3,112.52 | $0.00 | $3,112.52 | $0.00 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $306.57 | $0.00 | $306.57 | $0.00 |
| 17 | PREMIER BANKCARD, LLC | 33 | $946.69 | $0.00 | $946.69 | $0.00 |
| 18 | FIRST TECH FEDERAL CREDIT UNION | 33 | $4,501.55 | $0.00 | $4,501.55 | $0.00 |
| 19 | FREEDOM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | CITIBANK, N.A. | 33 | $1,004.05 | $0.00 | $1,004.05 | $0.00 |
| 21 | DEPARTMENT OF THE TREASURY | 28 | $917.00 | $0.00 | $917.00 | $0.00 |
| 22 | KASHABLE, LLC | 33 | $1,484.98 | $0.00 | $1,484.98 | $0.00 |
| 23 | KLARNA INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | KOHL'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | CITIBANK, N.A. | 33 | $400.13 | $0.00 | $400.13 | $0.00 |
| 26 | MARINER FINANCE, LLC | 33 | $6,957.16 | $0.00 | $6,957.16 | $0.00 |
| 27 | MILESTONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | U.S. DEPARTMENT OF EDUCATION | 33 | $92,698.51 | $0.00 | $92,698.51 | $0.00 |
| 29 | NETCREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $13,036.08 | $0.00 | $13,036.08 | $0.00 |
| 31 | PENTAGON FEDERAL CREDIT UNION | 24 | $1,202.11 | $377.30 | $824.81 | $0.00 |
| 32 | PORTNOY SCHNECK, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | RESURGENT RECEIVABLES, LLC | 33 | $18,856.08 | $0.00 | $18,856.08 | $0.00 |
| 34 | RESURGENT RECEIVABLES, LLC | 33 | $21,545.02 | $0.00 | $21,545.02 | $0.00 |
| 36 | JPMORGAN CHASE BANK, N.A. | 33 | $3,214.43 | $0.00 | $3,214.43 | $0.00 |
| 37 | SUNRUN, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,231.44 | $0.00 | $2,231.44 | $0.00 |
| 39 | TD BANK USA, N.A. | 33 | $303.43 | $0.00 | $303.43 | $0.00 |
| 40 | THE BANK OF ORRICK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | US DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | UPGRADE, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | VIVE FINANCIAL | 33 | $2,627.68 | $0.00 | $2,627.68 | $0.00 |
| 45 | WELLS FARGO BANK, N.A. | 33 | $2,310.97 | $0.00 | $2,310.97 | $0.00 |
| 46 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | ASHLEY E. CZYZEWSKI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | REX J. ROLDAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | WILLIAM E. CZYZEWSKI JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | CAPITAL ONE, N.A. | 33 | $2,950.26 | $0.00 | $2,950.26 | $0.00 |
| 51 | CAPITAL ONE, N.A. | 33 | $637.19 | $0.00 | $637.19 | $0.00 |
| 52 | CAPITAL ONE, N.A. | 33 | $1,712.43 | $0.00 | $1,712.43 | $0.00 |
| 53 | CAPITAL ONE, N.A. | 33 | $479.94 | $0.00 | $479.94 | $0.00 |
| 54 | WELLS FARGO BANK, N.A. | 33 | $4,912.87 | $0.00 | $4,912.87 | $0.00 |
| 55 | PREMIER BANKCARD, LLC | 33 | $911.64 | $0.00 | $911.64 | $0.00 |
| 56 | AFFIRM, INC. | 33 | $1,073.69 | $0.00 | $1,073.69 | $0.00 |
| 57 | QUANTUM3 GROUP, LLC | 33 | $1,305.77 | $0.00 | $1,305.77 | $0.00 |
| 58 | QUANTUM3 GROUP, LLC | 33 | $825.91 | $0.00 | $825.91 | $0.00 |
| 59 | QUANTUM3 GROUP, LLC | 33 | $447.27 | $0.00 | $447.27 | $0.00 |
| 60 | RESURGENT RECEIVABLES, LLC | 33 | $1,460.73 | $0.00 | $1,460.73 | $0.00 |
| 61 | RESURGENT RECEIVABLES, LLC | 33 | $2,502.23 | $0.00 | $2,502.23 | $0.00 |
| 62 | RESURGENT RECEIVABLES, LLC | 33 | $1,999.57 | $0.00 | $1,999.57 | $0.00 |
| 63 | RESURGENT RECEIVABLES, LLC | 33 | $1,469.20 | $0.00 | $1,469.20 | $0.00 |
| 64 | RESURGENT RECEIVABLES, LLC | 33 | $718.07 | $0.00 | $718.07 | $0.00 |
| 65 | LVNV FUNDING, LLC | 33 | $477.94 | $0.00 | $477.94 | $0.00 |
| 66 | RESURGENT RECEIVABLES, LLC | 33 | $545.49 | $0.00 | $545.49 | $0.00 |
| 67 | TD BANK USA, N.A. | 33 | $742.44 | $0.00 | $742.44 | $0.00 |
| 68 | SYNCHRONY BANK | 33 | $1,197.65 | $0.00 | $1,197.65 | $0.00 |
| 69 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $1,375.34 | $0.00 | $1,375.34 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2024 | 6.00 | $0.00 |
| 11/01/2024 | Paid to Date | $15,186.00 |
| 12/01/2024 | 53.00 | $2,850.00 |
| 05/01/2029 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-13760 (ABA)

| | |
|---|---|
| Total payments received this period: | $17,186.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $850.00 |
| Attorney: | REX J. ROLDAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**