UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 24-13760 (ABA) |
| WILLIAM E. CZYZEWSKI, JR. and | Chapter: | 13 |
| ASHLEY E. CZYZEWSKI | Judge: | Andrew B. Altenburg |

**NOTICE OF PROPOSED PRIVATE SALE**

__William E. Czyzewski, Jr.__, __Ashley E. Czyzewski__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: United States Bankruptcy Court
Federal Building & US Post Office
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __July 22, 2025__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __400 Cooper Street, Camden, NJ 08101__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 56 Thackery Court, Sewell, NJ 08080

Proposed Purchaser: Wells Fargo Bank N.A Trustee of the Alaire Ross Special Needs Trust

Sale price: $774,900.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Donna Brue of BHHS Fox & Roach Realtors |
| Amount to be paid: | $19,372.50 |
| Services rendered: | Listing the property for sale, obtaining prospective buyers, appearance at closing of title, providing information to and from title company, and dispensing advice to debtor regarding the sale of the property.

Buyer's Agent to be paid $11,623.50 Commission from Sellers |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Rex J. Roldan, Esquire

Address: 900 Route 168, Suite I-4, Turnersville, NJ 08012

Telephone No.: (856) 232-1425

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-13760-ABA |
| William E. Czyzewski, Jr. | Chapter 13 |
| Ashley E. Czyzewski | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 20, 2025 | Form ID: pdf905 | Total Noticed: 84 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E. Czyzewski, Jr., Ashley E. Czyzewski, 56 Thackery Court, Sewell, NJ 08080-1414 |
| cr | + | CarMax Business Services, LLC, 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342-4762 |
| 520223256 | + | Affirm, Inc., 622 Folsom Street, Floor 7, San Francisco, CA 94107-1305 |
| 520223263 | + | CMG Financial, PO Box 77404, Ewing, NJ 08628-6404 |
| 520223264 | + | College Avenue Student Loan, 4099 McEwen Road, Suite 7008, Farmers Branch, TX 75244-5030 |
| 520223280 | + | Mariner Finance, LLC, 5851 Rt. 42 Plaza, Suite 16, Turnersville, NJ 08012-1460 |
| 520223286 | + | Portnoy Schneck, LLC, 3705 Quakerbridge Road, Suite 116, Hamilton, NJ 08619-1288 |
| 520223289 | + | Republic Bank, 175 W. Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 520223290 | + | Schachter Portnoy, LLC, 3490 Route 1, Princeton, NJ 08540-5920 |
| 520415344 | + | Wensley Homeowners Association, 46 Sussex Avenue, Sewell, NJ 08080-1233 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 20 2025 23:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 20 2025 23:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 20 2025 23:01:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 520273452 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 20 2025 23:02:00 | 1st Financial Bank USA, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520223255 | | Email/Text: bankruptcynotice@1fbusa.com | Jun 20 2025 23:02:00 | 1st Financial Bank USA, PO Box 1100, North Sioux City, SD 57049-1100 |
| 520285756 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 23:35:25 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223257 | | Email/PDF: bncnotices@becket-lee.com | Jun 20 2025 23:22:18 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 520263470 | | Email/PDF: bncnotices@becket-lee.com | Jun 20 2025 23:10:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520223258 | | Email/Text: bnc-aquafinance@quantum3group.com | Jun 20 2025 23:02:00 | Aqua Finance Inc., PO Box 1143, Wausau, WI 54402-1143 |
| 520324575 | | Email/Text: bankruptcy@pepcoholdings.com | Jun 20 2025 23:02:00 | Atlantic City Electric, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520223294 | | Email/Text: processing@tbobank.com | Jun 20 2025 23:01:00 | The Bank of Orrick, 113 E. South Front Street, |

Case 24-13760-ABA   Doc 60   Filed 06/22/25   Entered 06/23/25 00:21:37   Desc Imaged
                            Certificate of Notice   Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: pdf905 | Total Noticed: 84 |

| | | | | |
|---|---|---|---|---|
| | | | | Orrick, MO 64077 |
| 520223259 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 20 2025 23:10:39 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 520223261 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | | |
| | | | Jun 20 2025 23:01:00 | CarMax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 520227173 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | | |
| | | | Jun 20 2025 23:01:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 520223262 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Jun 20 2025 23:03:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 520309380 | | Email/Text: BKelectronicnotices@cenlar.com | | |
| | | | Jun 20 2025 23:01:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520223260 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 20 2025 23:10:20 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520255588 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jun 20 2025 23:09:56 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520301809 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 20 2025 23:11:28 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520223265 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 20 2025 23:02:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520223266 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Jun 20 2025 23:03:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 520223267 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jun 20 2025 23:09:56 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520223269 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 20 2025 23:00:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 520223279 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 20 2025 23:36:02 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 520223268 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 20 2025 23:00:00 | Discover, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 520265221 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 20 2025 23:00:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520231168 | | Email/Text: mrdiscen@discover.com | | |
| | | | Jun 20 2025 23:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520223272 | | Email/Text: BankruptcyNotices@firsttechfed.com | | |
| | | | Jun 20 2025 23:00:00 | First Tech Federal Credit Union, PO Box 2100, Beaverton, OR 97075-2100 |
| 520223270 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Jun 20 2025 23:03:00 | Feb Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223271 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Jun 20 2025 23:22:07 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520223273 | ^ | MEBN | | |
| | | | Jun 20 2025 22:58:13 | Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 520577096 | | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Jun 20 2025 23:01:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939 |
| 520577097 | + | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Jun 20 2025 23:01:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939, Freedom Mortgage Corporation, Bankruptcy Department 46037-7939 |
| 520223274 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 20 2025 23:22:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 520223275 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | Jun 20 2025 23:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520291067 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 20 2025 23:02:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520246839 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 20 2025 23:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520223276 | | Email/Text: bankruptcy@kashable.com | Jun 20 2025 23:00:00 | Kashable LLC, 489 Fifth Avenue, 18th Floor, New York, NY 10017 |
| 520223277 | + | Email/Text: bankruptcy.us@klarna.com | Jun 20 2025 23:01:00 | Klarna Inc., 800 N. High Street, Suite 400, Columbus, OH 43215-1430 |
| 520223278 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 20 2025 23:10:26 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520302110 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 23:21:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520307881 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 20 2025 23:01:00 | MARINER FINANCE, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520223282 | | Email/Text: EBN@Mohela.com | Jun 20 2025 23:01:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520412862 | | Email/Text: EBN@Mohela.com | Jun 20 2025 23:01:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520223281 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 20 2025 23:03:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223283 | | Email/Text: netcreditbnc@enova.com | Jun 20 2025 23:02:00 | NetCredit, PO Box 206766, Dallas, TX 75320-6766 |
| 520223284 | | Email/PDF: cbp@omf.com | Jun 20 2025 23:10:56 | OneMain, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 520232763 | + | Email/PDF: cbp@omf.com | Jun 20 2025 23:09:17 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520223285 | | Email/Text: bkrgeneric@penfed.org | Jun 20 2025 23:00:00 | Pentagon Federal Credit Union, Box 1432, Alexandria, VA 22313-2302 |
| 520427161 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 20 2025 23:22:11 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520427162 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 20 2025 23:21:47 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520284024 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 20 2025 23:02:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520300629 | + | Email/Text: bncmail@w-legal.com | Jun 20 2025 23:01:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520223288 | ^ | MEBN | Jun 20 2025 22:58:22 | Prosper Marketplace, Inc., 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 520223287 | ^ | MEBN | Jun 20 2025 23:00:00 | Prosper Marketplace, Inc., PO Box 886081, Los Angeles, CA 90088-6081 |
| 520255048 | | Email/Text: bnc-quantum@quantum3group.com | Jun 20 2025 23:02:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520298530 | | Email/Text: bnc-quantum@quantum3group.com | Jun 20 2025 23:02:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520299531 | | Email/Text: bnc-quantum@quantum3group.com | Jun 20 2025 23:02:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA |

Case 24-13760-ABA    Doc 60    Filed 06/22/25    Entered 06/23/25 00:21:37    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: pdf905 | Total Noticed: 84 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 520375900 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 23:11:33 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520375901 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 23:37:01 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 520301904 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 20 2025 23:21:53 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223291 | | Email/Text: Bankruptcy@sunrun.com | Jun 20 2025 23:02:00 | Sunrun, Inc., 1800 W. Ashton Blvd, Lehi, UT 84043 |
| 520324576 | | Email/Text: bankruptcynotice@sjindustries.com | Jun 20 2025 23:01:00 | South Jersey Gas Company, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 520308834 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 20 2025 23:09:51 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520223292 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 20 2025 23:22:26 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520302619 | | Email/Text: bncmail@w-legal.com | Jun 20 2025 23:02:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520223293 | + | Email/Text: bncmail@w-legal.com | Jun 20 2025 23:01:00 | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 520223295 | | Email/Text: bknotice@upgrade.com | Jun 20 2025 23:00:00 | Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 520223296 | | Email/Text: EDBKNotices@ecmc.org | Jun 20 2025 23:00:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520300220 | | Email/Text: bankruptcynotices@vivecard.com | Jun 20 2025 23:00:00 | Vive Financial, PO Box 708670, Sandy, UT 84070 |
| 520223297 | | Email/Text: bankruptcynotices@vivecard.com | Jun 20 2025 23:00:00 | Vive Financial, PO Box 708970, Sandy, UT 84070-8970 |
| 520269236 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 20 2025 23:21:56 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520264458 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 20 2025 23:22:02 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520223298 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 20 2025 23:11:33 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 74

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520285757 | * | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jun 20, 2025 | Form ID: pdf905 | Total Noticed: 84 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| Laura M. Egerman | on behalf of Creditor Pentagon Federal Credit Union laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rex J. Roldan | on behalf of Debtor William E. Czyzewski Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Joint Debtor Ashley E. Czyzewski roldanlaw@comcast.net roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor CarMax Business Services LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9