Form loccrtno − loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−13760−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   William E. Czyzewski Jr.                                    Ashley E. Czyzewski
   aka William Ernest Czyzewski Jr.                aka Ashley Elizabeth Czyzewski
   56 Thackery Court                                       56 Thackery Court
   Sewell, NJ 08080                                         Sewell, NJ 08080

Social Security No.:
   xxx−xx−8197                                                xxx−xx−1239

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

56 Thackery Court, Sewell, NJ 08080.

Dated: July 16, 2025
JAN: lgr

                                                                                                             Jeanne Naughton
                                                                                                             Clerk