Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

---

Case No.:  24−13760−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William E. Czyzewski Jr. | Ashley E. Czyzewski |
| aka William Ernest Czyzewski Jr. | aka Ashley Elizabeth Czyzewski |
| 56 Thackery Court | 56 Thackery Court |
| Sewell, NJ 08080 | Sewell, NJ 08080 |

Social Security No.:
   xxx−xx−8197                                       xxx−xx−1239

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

        NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
        Debtor and Joint Debtor was entered on July 22, 2025.

        Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from
the date of this Order.

        This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11
U.S.C. § 109(g).

Dated: July 22, 2025
JAN: har

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:

William E. Czyzewski, Jr.

Ashley E. Czyzewski

    Debtors

Case No. 24-13760-ABA

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jul 22, 2025 | Form ID: 148 | Total Noticed: 84 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E. Czyzewski, Jr., Ashley E. Czyzewski, 56 Thackery Court, Sewell, NJ 08080-1414 |
| cr | + | CarMax Business Services, LLC, 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342-4762 |
| 520223256 | + | Affirm, Inc., 622 Folsom Street, Floor 7, San Francisco, CA 94107-1305 |
| 520223263 | + | CMG Financial, PO Box 77404, Ewing, NJ 08628-6404 |
| 520223264 | + | College Avenue Student Loan, 4099 McEwen Road, Suite 7008, Farmers Branch, TX 75244-5030 |
| 520223280 | + | Mariner Finance, LLC, 5851 Rt. 42 Plaza, Suite 16, Turnersville, NJ 08012-1460 |
| 520223286 | + | Portnoy Schneck, LLC, 3705 Quakerbridge Road, Suite 116, Hamilton, NJ 08619-1288 |
| 520223289 | + | Republic Bank, 175 W. Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 520223290 | + | Schachter Portnoy, LLC, 3490 Route 1, Princeton, NJ 08540-5920 |
| 520415344 | + | Wensley Homeowners Association, 46 Sussex Avenue, Sewell, NJ 08080-1233 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2025 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2025 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 22 2025 20:40:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 520273452 | + | EDI: JEFFERSONCAP.COM | Jul 23 2025 00:34:00 | 1st Financial Bank USA, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520223255 | | Email/Text: bankruptcynotice@1fbusa.com | Jul 22 2025 20:41:00 | 1st Financial Bank USA, PO Box 1100, North Sioux City, SD 57049-1100 |
| 520285756 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2025 20:48:48 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223257 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2025 20:59:24 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 520263470 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2025 20:59:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520223258 | | EDI: AQUAFINANCE.COM | Jul 23 2025 00:34:00 | Aqua Finance Inc., PO Box 1143, Wausau, WI 54402-1143 |
| 520324575 | | Email/Text: bankruptcy@pepcoholdings.com | Jul 22 2025 20:41:00 | Atlantic City Electric, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520223294 | | Email/Text: processing@tbobank.com | Jul 22 2025 20:41:00 | The Bank of Orrick, 113 E. South Front Street, |

District/off: 0312-1                                    User: admin                                    Page 2 of 5
Date Rcvd: Jul 22, 2025                                 Form ID: 148                                   Total Noticed: 84

| | | | | Orrick, MO 64077 |
|---|---|---|---|---|
| 520223259 | + | EDI: CITICORP | Jul 23 2025 00:34:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 520223261 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 22 2025 20:40:00 | CarMax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 520227173 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jul 22 2025 20:40:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 520223262 | + | EDI: PHINGENESIS | Jul 23 2025 00:34:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 520309380 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 22 2025 20:40:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520223263 | + | EDI: AISCMGFIN | Jul 23 2025 00:34:00 | CMG Financial, PO Box 77404, Ewing, NJ 08628-6404 |
| 520223260 | | EDI: CAPITALONE.COM | Jul 23 2025 00:34:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520255588 | + | EDI: AIS.COM | Jul 23 2025 00:34:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520301809 | | EDI: CITICORP | Jul 23 2025 00:34:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520223265 | | EDI: WFNNB.COM | Jul 23 2025 00:34:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520223266 | + | EDI: PHINGENESIS | Jul 23 2025 00:34:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 520223267 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2025 20:59:02 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520223269 | | EDI: DISCOVER | Jul 23 2025 00:34:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 520223279 | | EDI: CITICORP | Jul 23 2025 00:34:00 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 520223268 | + | EDI: DISCOVER | Jul 23 2025 00:34:00 | Discover, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 520265221 | | EDI: DISCOVER | Jul 23 2025 00:34:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520231168 | | EDI: DISCOVER | Jul 23 2025 00:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520223272 | | Email/Text: BankruptcyNotices@firsttechfed.com | Jul 22 2025 20:40:00 | First Tech Federal Credit Union, PO Box 2100, Beaverton, OR 97075-2100 |
| 520223270 | + | EDI: PHINGENESIS | Jul 23 2025 00:34:00 | Feb Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223271 | | EDI: AMINFOFP.COM | Jul 23 2025 00:34:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520223273 | ^ | MEBN | Jul 22 2025 20:40:31 | Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 520577096 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 22 2025 20:40:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939 |
| 520577097 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 22 2025 20:40:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939, Freedom Mortgage Corporation, Bankruptcy Department 46037-7939 |
| 520223274 | + | EDI: CITICORP | | |

District/off: 0312-1 | User: admin | Page 3 of 5
Date Rcvd: Jul 22, 2025 | Form ID: 148 | Total Noticed: 84

| | | | |
|---|---|---|---|
| | | Jul 23 2025 00:34:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 520223275 | EDI: IRS.COM | Jul 23 2025 00:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520291067 | EDI: JEFFERSONCAP.COM | Jul 23 2025 00:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520246839 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 22 2025 20:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520223276 | Email/Text: bankruptcy@kashable.com | Jul 22 2025 20:40:00 | Kashable LLC, 489 Fifth Avenue, 18th Floor, New York, NY 10017 |
| 520223277 | + Email/Text: bankruptcy.us@klarna.com | Jul 22 2025 20:41:00 | Klarna Inc., 800 N. High Street, Suite 400, Columbus, OH 43215-1430 |
| 520223278 | EDI: CAPITALONE.COM | Jul 23 2025 00:34:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520302110 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2025 20:48:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520307881 | + Email/Text: bankruptcy@marinerfinance.com | Jul 22 2025 20:40:00 | MARINER FINANCE, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520223282 | Email/Text: EBN@Mohela.com | Jul 22 2025 20:40:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520412862 | Email/Text: EBN@Mohela.com | Jul 22 2025 20:40:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520223281 | + EDI: PHINGENESIS | Jul 23 2025 00:34:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223283 | Email/Text: netcreditbnc@enova.com | Jul 22 2025 20:41:03 | NetCredit, PO Box 206766, Dallas, TX 75320-6766 |
| 520223284 | EDI: AGFINANCE.COM | Jul 23 2025 00:34:00 | OneMain, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 520232763 | + EDI: AGFINANCE.COM | Jul 23 2025 00:34:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520223285 | Email/Text: bkrgeneric@penfed.org | Jul 22 2025 20:40:00 | Pentagon Federal Credit Union, Box 1432, Alexandria, VA 22313-2302 |
| 520427161 | EDI: PRA.COM | Jul 23 2025 00:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520427162 | EDI: PRA.COM | Jul 23 2025 00:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520284024 | + EDI: JEFFERSONCAP.COM | Jul 23 2025 00:34:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520300629 | + Email/Text: bncmail@w-legal.com | Jul 22 2025 20:41:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520223288 | ^ MEBN | Jul 22 2025 20:38:42 | Prosper Marketplace, Inc., 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 520223287 | ^ MEBN | Jul 22 2025 20:39:05 | Prosper Marketplace, Inc., PO Box 886081, Los Angeles, CA 90088-6081 |
| 520255048 | EDI: Q3G.COM | Jul 23 2025 00:34:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520298530 | EDI: Q3G.COM | Jul 23 2025 00:34:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

| 520299531 | | EDI: Q3G.COM | Jul 23 2025 00:34:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|---|
| 520223289 | ^ | MEBN | Jul 22 2025 20:38:49 | Republic Bank, 175 W. Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 520375900 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2025 20:48:51 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520375901 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2025 20:48:48 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 520301904 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2025 20:47:28 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223291 | | Email/Text: Bankruptcy@sunrun.com | Jul 22 2025 20:41:00 | Sunrun, Inc., 1800 W. Ashton Blvd, Lehi, UT 84043 |
| 520324576 | | Email/Text: bankruptcynotice@sjindustries.com | Jul 22 2025 20:41:00 | South Jersey Gas Company, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 520308834 | + | EDI: AIS.COM | Jul 23 2025 00:34:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520223292 | | EDI: SYNC | Jul 23 2025 00:34:00 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520302619 | | Email/Text: bncmail@w-legal.com | Jul 22 2025 20:41:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520223293 | + | EDI: WTRRNBANK.COM | Jul 23 2025 00:34:00 | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 520223295 | | Email/Text: bknotice@upgrade.com | Jul 22 2025 20:40:00 | Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 520223296 | | Email/Text: EDBKNotices@ecmc.org | Jul 22 2025 20:40:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520300220 | | Email/Text: bankruptcynotices@vivecard.com | Jul 22 2025 20:40:00 | Vive Financial, PO Box 708670, Sandy, UT 84070 |
| 520223297 | | Email/Text: bankruptcynotices@vivecard.com | Jul 22 2025 20:40:00 | Vive Financial, PO Box 708970, Sandy, UT 84070-8970 |
| 520269236 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 22 2025 20:48:51 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520264458 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 22 2025 20:59:23 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520223298 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 22 2025 20:59:24 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 76

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520285757 | * | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0312-1                     User: admin                          Page 5 of 5
Date Rcvd: Jul 22, 2025                  Form ID: 148                         Total Noticed: 84

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com |
| Laura M. Egerman | on behalf of Creditor Pentagon Federal Credit Union laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rex J. Roldan | on behalf of Debtor William E. Czyzewski  Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Joint Debtor Ashley E. Czyzewski roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor CarMax Business Services  LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9