UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____          _____
                                        Debtor's Signature

Date: _____          _____
                                        Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



# Chapter 13 Trustee

| | |
|---|---|
| Confirmation Number : | I127SX2CK3 |
| Case Number: | 2413760 |
| Payment Date: | 10/27/2025 |
| Payment Method: | JPMORGAN CHASE BANK, NA, Savings ending in 6906 |
| Payment Amount : | $9,000.00 |
| Payment Fee : | $2.00 (Flat fee of $2.00) |
| **Total Amount:** | **$9,002.00** |
| Please select the appropriate payment type: | Plan Payment |

**Note:**
**This payment will show as two separate debits to your banking account, one for the amount of the payment to your case and one for the associated convenience fee.**

**Your payment will be posted to your account on the payment date that you selected, but it will not reflect as the "Last Payment" until after 7:00 PM ET on the payment date you selected. You will be able to see all the scheduled payments under the "View Payment Activity" option.**

© 2025 Alacriti Payments LLC (Platform Provider). All

Rights Reserved.

| American Land Title Association | ALTA Settlement Statement - Cash Adopted 05-01-2015 |
|---|---|



**First American Abstract of PA**
ALTA Universal ID: 1002502
2100 Quaker Pointe Dr., Suite 200
Quakertown, PA 18951
215-538-1053

| | |
|---|---|
| File No./Escrow No.: | Q-504002-JMG |
| Settlement Location: | |
| Property Address: | 56 Thackery Court<br>Sewell, NJ 08080 |
| Buyer: | Wells Fargo Bank N.A., Trustee of the Alaire Ross Special Needs Trust<br>PO Box 302<br>SASS / C/O Ross Trust<br>Saint Louis, MO 63166 |
| Seller: | William C. Czyzewski and Ashley Czyzewski<br>56 Thackery Court<br>Sewell, NJ 08080 |
| Settlement Date: | October 24, 2025 |
| Disbursement Date: | October 24, 2025 |

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 774,900.00 | Sale Price of Property | 774,900.00 | |
| | | Deposit | | 20,000.00 |
| | | Loan Amount | | |
| | | **Prorations/Adjustments** | | |
| | 58.35 | Water Minimum Bill $139.74/qtr<br>10/24/25-11/30/25 | 58.35 | |
| | 39.19 | Sewer $93.84/qtr<br>10/24/25-11/30/25 | 39.19 | |
| | 56.71 | HOA Dues $300/annually<br>10/24/25-12/31/25 | 56.71 | |
| | 7,744.51 | 9/1-10/24 Mortgage Payment Reimbursement to Seller | 7,744.51 | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | Owner's Title Insurance to First American Abstract of PA<br>  Coverage:        $774,900.00 | 3,578.00 | |
| | | Title Exam - Buyer to First American Abstract of PA | 100.00 | |
| | | Courier Fee - Buyer to First American Abstract | 15.50 | |

Copyright 2015 American Land Title Association
All rights reserved

Page 1 of 3

File # Q-504002-JMG/159
Printed on 10/24/25 at 11:15:40 AM by Jessica Green

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| | | of PA | | |
| | | Tax Certification - Buyer to First American Abstract of PA | 43.00 | |
| 15.00 | | Notary Fee - Seller to Notary Public | | |
| 15.50 | | Courier Fee - Seller to First American Abstract of PA | | |
| | | Closing / Settlement Fee to First American Abstract of PA | 425.00 | |
| | | Date Down / Update Fee to First American Abstract of PA | 25.00 | |
| | | Upper Courts to First American Abstract of PA | 132.00 | |
| | | Tidelands to First American Abstract of PA | 40.00 | |
| | | **Commissions** | | |
| | | Processing Fee - Selling Agent to Keller Williams Realty | 495.00 | |
| 19,372.50 | | Commission - Listing Agent to BHHS Fox & Roach Realtors | | |
| 11,623.50 | | Commission - Selling Agent to Keller Williams Realty | 11,623.50 | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to First American Abstract Recording Account<br>Deed   70.00<br>Mortgage/Deed of Trust   0.00<br>Release   0.00 | 70.00 | |
| 7,040.00 | | NJ - Realty Transfer Tax to First American Abstract Recording Account<br>Deed   7,040.00 | | |
| | | **Payoffs** | | |
| 694,231.72 | | Payoff of First Mortgage Loan to 8/25 to Freedom Mortgage Corporation<br>0162661987<br>Loan Payoff          694,231.72<br>Total Payoff   694,231.72 | | |
| | | **Miscellaneous** | | |
| 41,291.57 | | Proceeds paid to seller per court order to William C. Czyzewski and Ashley Czyzewski $54,960 less $9,000stucco repair(balance of funds) | | |
| 100.00 | | Deed and Affidavit Prep to John D. Kosylo, | | |

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Miscellaneous (continued)** | | |
| | | Esq. | | |
| | | Reimburse Home Inspection, Radon, Termite to Terry Grayson | 750.00 | |
| | | Reimburse Stucco Inspection to Terry Grayson | 595.00 | |
| 9,000.00 | | Stucco Repair paid by seller proceeds to Deacon Stucco Recoating LLC  2 payments $4,500 each | | |
| 108.97 | | Final Water Bill to Mantua Township MUA | | |
| | | Solar Panel Deposit and 6 months up front payment to SunRun | 830.86 | |

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| 782,798.76 | 782,798.76 | Subtotals | 801,521.62 | 20,000.00 |
| | | Balance Due FROM Buyer | | 781,521.62 |
| 0.00 | | Balance Due TO Seller | | |
| 782,798.76 | 782,798.76 | TOTALS | 801,521.62 | 801,521.62 |