Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−13760−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William E. Czyzewski Jr.
aka William Ernest Czyzewski Jr.
56 Thackery Court
Sewell, NJ 08080

Ashley E. Czyzewski
aka Ashley Elizabeth Czyzewski
56 Thackery Court
Sewell, NJ 08080

Social Security No.:
xxx−xx−8197                    xxx−xx−1239

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on December 10, 2025.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 10, 2025
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
William E. Czyzewski, Jr.  
Ashley E. Czyzewski  
    Debtors

Case No. 24-13760-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5  
Date Rcvd: Dec 10, 2025      Form ID: 148      Total Noticed: 85

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William E. Czyzewski, Jr., Ashley E. Czyzewski, 56 Thackery Court, Sewell, NJ 08080-1414 |
| cr | + | CarMax Business Services, LLC, 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342-4762 |
| 520223256 | + | Affirm, Inc., 622 Folsom Street, Floor 7, San Francisco, CA 94107-1305 |
| 520223264 | + | College Avenue Student Loan, 4099 McEwen Road, Suite 7008, Farmers Branch, TX 75244-5030 |
| 520223280 | + | Mariner Finance, LLC, 5851 Rt. 42 Plaza, Suite 16, Turnersville, NJ 08012-1460 |
| 520779739 | + | NJCLASS, PO Box 544, Trenton, NJ 08625-0544 |
| 520223286 | + | Portnoy Schneck, LLC, 3705 Quakerbridge Road, Suite 116, Hamilton, NJ 08619-1288 |
| 520223290 | + | Schachter Portnoy, LLC, 3490 Route 1, Princeton, NJ 08540-5920 |
| 520415344 | + | Wensley Homeowners Association, 46 Sussex Avenue, Sewell, NJ 08080-1233 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 10 2025 20:48:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 520273452 | + | EDI: JEFFERSONCAP.COM | Dec 11 2025 01:36:00 | 1st Financial Bank USA, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520223255 | | Email/Text: bankruptcynotice@1fbusa.com | Dec 10 2025 20:49:00 | 1st Financial Bank USA, PO Box 1100, North Sioux City, SD 57049-1100 |
| 520285756 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2025 20:50:00 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223257 | | Email/PDF: bncnotices@becket-lee.com | Dec 10 2025 20:50:21 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 520263470 | | Email/PDF: bncnotices@becket-lee.com | Dec 10 2025 20:50:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520223258 | | EDI: AQUAFINANCE.COM | Dec 11 2025 01:36:00 | Aqua Finance Inc., PO Box 1143, Wausau, WI 54402-1143 |
| 520324575 | | Email/Text: bankruptcy@pepcoholdings.com | Dec 10 2025 20:49:00 | Atlantic City Electric, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520223294 | | Email/Text: processing@tbobank.com | Dec 10 2025 20:48:00 | The Bank of Orrick, 113 E. South Front Street, Orrick, MO 64077 |

| Recipient ID | Flag | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 520223259 | + | EDI: CITICORP | Dec 11 2025 01:36:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 520223261 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Dec 10 2025 20:48:00 | CarMax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 520227173 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Dec 10 2025 20:48:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 520223262 | + | EDI: PHINGENESIS | Dec 11 2025 01:36:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 520309380 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 10 2025 20:48:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520223263 | + | EDI: AISCMGFIN | Dec 11 2025 01:36:00 | CMG Financial, PO Box 77404, Ewing, NJ 08628-6404 |
| 520223260 | | EDI: CAPITALONE.COM | Dec 11 2025 01:36:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520255588 | + | EDI: AIS.COM | Dec 11 2025 01:36:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520301809 | | EDI: CITICORP | Dec 11 2025 01:36:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520223265 | | EDI: WFNNB.COM | Dec 11 2025 01:36:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520223266 | + | EDI: PHINGENESIS | Dec 11 2025 01:36:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 520223267 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 10 2025 20:49:58 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520223269 | | EDI: DISCOVER | Dec 11 2025 01:36:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 520223279 | | EDI: CITICORP | Dec 11 2025 01:36:00 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 520223268 | + | EDI: DISCOVER | Dec 11 2025 01:36:00 | Discover, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 520265221 | | EDI: DISCOVER | Dec 11 2025 01:36:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520231168 | | EDI: DISCOVER | Dec 11 2025 01:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520223272 | | Email/Text: BankruptcyNotices@firsttechfed.com | Dec 10 2025 20:48:00 | First Tech Federal Credit Union, PO Box 2100, Beaverton, OR 97075-2100 |
| 520223270 | + | EDI: PHINGENESIS | Dec 11 2025 01:36:00 | Feb Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223271 | | EDI: AMINFOFP.COM | Dec 11 2025 01:36:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520223273 | ^ | MEBN | Dec 10 2025 20:45:33 | Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 520577096 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 10 2025 20:48:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939 |
| 520577097 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 10 2025 20:48:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939, Freedom Mortgage Corporation, Bankruptcy Department 46037-7939 |
| 520223274 | + | EDI: CITICORP | Dec 11 2025 01:36:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |

| Recipient ID | | Delivery Method | Date | Recipient |
|---|---|---|---|---|
| 520223275 | | EDI: IRS.COM | Dec 11 2025 01:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520291067 | | EDI: JEFFERSONCAP.COM | Dec 11 2025 01:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520246839 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 10 2025 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520223276 | | Email/Text: bankruptcy@kashable.com | Dec 10 2025 20:48:00 | Kashable LLC, 489 Fifth Avenue, 18th Floor, New York, NY 10017 |
| 520223277 | + | Email/Text: bankruptcy.us@klarna.com | Dec 10 2025 20:49:00 | Klarna Inc., 800 N. High Street, Suite 400, Columbus, OH 43215-1430 |
| 520223278 | | EDI: CAPITALONE.COM | Dec 11 2025 01:36:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520302110 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2025 20:50:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520307881 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 10 2025 20:48:00 | MARINER FINANCE, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520223282 | | Email/Text: EBN@Mohela.com | Dec 10 2025 20:48:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520412862 | | Email/Text: EBN@Mohela.com | Dec 10 2025 20:48:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520223281 | + | EDI: PHINGENESIS | Dec 11 2025 01:36:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223283 | | Email/Text: netcreditbnc@enova.com | Dec 10 2025 20:49:04 | NetCredit, PO Box 206766, Dallas, TX 75320-6766 |
| 520223284 | | EDI: AGFINANCE.COM | Dec 11 2025 01:36:00 | OneMain, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 520232763 | + | EDI: AGFINANCE.COM | Dec 11 2025 01:36:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520223285 | | Email/Text: bkrgeneric@penfed.org | Dec 10 2025 20:48:00 | Pentagon Federal Credit Union, Box 1432, Alexandria, VA 22313-2302 |
| 520427161 | | EDI: PRA.COM | Dec 11 2025 01:36:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520427162 | | EDI: PRA.COM | Dec 11 2025 01:36:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520223288 | | Email/Text: ProsperBK@prosper.com | Dec 10 2025 20:49:00 | Prosper Marketplace, Inc., 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 520223287 | | Email/Text: ProsperBK@prosper.com | Dec 10 2025 20:49:00 | Prosper Marketplace, Inc., PO Box 886081, Los Angeles, CA 90088-6081 |
| 520284024 | + | EDI: JEFFERSONCAP.COM | Dec 11 2025 01:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520300629 | + | Email/Text: bncmail@w-legal.com | Dec 10 2025 20:49:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520255048 | | EDI: Q3G.COM | Dec 11 2025 01:36:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520298530 | | EDI: Q3G.COM | Dec 11 2025 01:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520299531 | | EDI: Q3G.COM | Dec 11 2025 01:36:00 | Quantum3 Group LLC as agent for, Concora |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: 148 | Total Noticed: 85 |

| Recip ID | Bypass/Notice Type | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520223289 | ^ | MEBN | Dec 10 2025 20:44:24 | Republic Bank, 175 W. Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 520375900 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2025 20:50:00 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520375901 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2025 20:50:12 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 520301904 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2025 20:50:11 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223291 | | Email/Text: Bankruptcy@sunrun.com | Dec 10 2025 20:49:00 | Sunrun, Inc., 1800 W. Ashton Blvd, Lehi, UT 84043 |
| 520324576 | | Email/Text: bankruptcynotice@sjindustries.com | Dec 10 2025 20:49:00 | South Jersey Gas Company, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 520308834 | + | EDI: AIS.COM | Dec 11 2025 01:36:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520223292 | | EDI: SYNC | Dec 11 2025 01:36:00 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520302619 | | Email/Text: bncmail@w-legal.com | Dec 10 2025 20:49:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520223293 | + | EDI: WTRRNBANK.COM | Dec 11 2025 01:36:00 | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 520223295 | | Email/Text: bknotice@upgrade.com | Dec 10 2025 20:48:00 | Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 520223296 | | Email/Text: EDBKNotices@ecmc.org | Dec 10 2025 20:48:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520300220 | | Email/Text: bankruptcynotices@vivecard.com | Dec 10 2025 20:48:00 | Vive Financial, PO Box 708670, Sandy, UT 84070 |
| 520223297 | | Email/Text: bankruptcynotices@vivecard.com | Dec 10 2025 20:48:00 | Vive Financial, PO Box 708970, Sandy, UT 84070-8970 |
| 520269236 | | EDI: WFCCSBK | Dec 11 2025 01:36:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520264458 | | EDI: WFCCSBK | Dec 11 2025 01:36:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520223298 | | EDI: WFCCSBK | Dec 11 2025 01:36:00 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 76

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520285757 | * | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Dec 10, 2025 | Form ID: 148 | Total Noticed: 85 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| Laura M. Egerman | on behalf of Creditor Pentagon Federal Credit Union laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rex J. Roldan | on behalf of Debtor William E. Czyzewski Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Joint Debtor Ashley E. Czyzewski roldanlaw@comcast.net roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor CarMax Business Services LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9