Form ntcrics − ntcreincsv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−13760−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William E. Czyzewski Jr.
aka William Ernest Czyzewski Jr.
56 Thackery Court
Sewell, NJ 08080

Ashley E. Czyzewski
aka Ashley Elizabeth Czyzewski
56 Thackery Court
Sewell, NJ 08080

Social Security No.:
xxx−xx−8197

xxx−xx−1239

Employer's Tax I.D. No.:

**NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE**

Notice is hereby given that an order vacating dismissal of this case was entered on 1/21/26. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: January 21, 2026
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-13760-ABA |
| William E. Czyzewski, Jr. | Chapter 13 |
| Ashley E. Czyzewski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 21, 2026 | Form ID: ntcrics | Total Noticed: 85 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | William E. Czyzewski, Jr., Ashley E. Czyzewski, 56 Thackery Court, Sewell, NJ 08080-1414 |
| cr | + | CarMax Business Services, LLC, 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342-4762 |
| 520223256 | + | Affirm, Inc., 622 Folsom Street, Floor 7, San Francisco, CA 94107-1305 |
| 520223264 | + | College Avenue Student Loan, 4099 McEwen Road, Suite 7008, Farmers Branch, TX 75244-5030 |
| 520223280 | + | Mariner Finance, LLC, 5851 Rt. 42 Plaza, Suite 16, Turnersville, NJ 08012-1460 |
| 520779739 | + | NJCLASS, PO Box 544, Trenton, NJ 08625-0544 |
| 520223286 | + | Portnoy Schneck, LLC, 3705 Quakerbridge Road, Suite 116, Hamilton, NJ 08619-1288 |
| 520223290 | + | Schachter Portnoy, LLC, 3490 Route 1, Princeton, NJ 08540-5920 |
| 520415344 | + | Wensley Homeowners Association, 46 Sussex Avenue, Sewell, NJ 08080-1233 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2026 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2026 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 21 2026 21:11:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 520273452 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 21 2026 21:12:00 | 1st Financial Bank USA, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520223255 | | Email/Text: bankruptcynotice@1fbusa.com | Jan 21 2026 21:12:00 | 1st Financial Bank USA, PO Box 1100, North Sioux City, SD 57049-1100 |
| 520285756 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 21:19:39 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223257 | | Email/PDF: bncnotices@becket-lee.com | Jan 21 2026 21:19:37 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 520263470 | | Email/PDF: bncnotices@becket-lee.com | Jan 21 2026 21:19:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520223258 | | Email/Text: bnc-aquafinance@quantum3group.com | Jan 21 2026 21:12:00 | Aqua Finance Inc., PO Box 1143, Wausau, WI 54402-1143 |
| 520324575 | | Email/Text: bankruptcy@pepcoholdings.com | Jan 21 2026 21:11:00 | Atlantic City Electric, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |

Case 24-13760-ABA   Doc 81   Filed 01/23/26   Entered 01/24/26 00:19:56   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: ntcrics | Total Noticed: 85 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520223294 | | Email/Text: processing@tbobank.com | Jan 21 2026 21:11:00 | The Bank of Orrick, 113 E. South Front Street, Orrick, MO 64077 |
| 520223259 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2026 21:19:40 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 520223261 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jan 21 2026 21:11:00 | CarMax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 520227173 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jan 21 2026 21:11:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 520223262 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 21 2026 21:12:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 520309380 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 21 2026 21:11:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520223263 | + | Email/PDF: ais.cmg.ebn@aisinfo.com | Jan 21 2026 21:19:37 | CMG Financial, PO Box 77404, Ewing, NJ 08628-6404 |
| 520223260 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 21 2026 21:20:04 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520255588 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 21 2026 21:19:53 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520301809 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2026 21:20:11 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520223265 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2026 21:12:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520223266 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 21 2026 21:12:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 520223267 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 21 2026 21:19:36 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520223269 | | Email/Text: mrdiscen@discover.com | Jan 21 2026 21:10:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 520223279 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 21 2026 21:19:41 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 520223268 | + | Email/Text: mrdiscen@discover.com | Jan 21 2026 21:10:00 | Discover, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 520265221 | | Email/Text: mrdiscen@discover.com | Jan 21 2026 21:10:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520231168 | | Email/Text: mrdiscen@discover.com | Jan 21 2026 21:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520223272 | | Email/Text: BankruptcyNotices@firsttechfed.com | Jan 21 2026 21:10:00 | First Tech Federal Credit Union, PO Box 2100, Beaverton, OR 97075-2100 |
| 520223270 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 21 2026 21:12:00 | Feb Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223271 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 21 2026 21:20:08 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520223273 | ^ | MEBN | Jan 21 2026 21:01:34 | Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 520577096 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 21 2026 21:11:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939 |
| 520577097 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 21 2026 21:11:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939, Freedom Mortgage Corporation, Bankruptcy Department 46037-7939 |

Case 24-13760-ABA    Doc 81    Filed 01/23/26    Entered 01/24/26 00:19:56    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: ntcrics | Total Noticed: 85 |

| | | | | |
|---|---|---|---|---|
| 520223274 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jan 21 2026 21:19:40 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 520223275 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jan 21 2026 21:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520291067 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jan 21 2026 21:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520246839 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Jan 21 2026 21:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520223276 | | Email/Text: bankruptcy@kashable.com | | |
| | | | Jan 21 2026 21:10:00 | Kashable LLC, 489 Fifth Avenue, 18th Floor, New York, NY 10017 |
| 520223277 | + | Email/Text: bankruptcy.us@klarna.com | | |
| | | | Jan 21 2026 21:11:00 | Klarna Inc., 800 N. High Street, Suite 400, Columbus, OH 43215-1430 |
| 520223278 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jan 21 2026 21:19:49 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520302110 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 21 2026 21:19:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520307881 | + | Email/Text: bankruptcy@marinerfinance.com | | |
| | | | Jan 21 2026 21:11:00 | MARINER FINANCE, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520223282 | | Email/Text: EBN@Mohela.com | | |
| | | | Jan 21 2026 21:11:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520412862 | | Email/Text: EBN@Mohela.com | | |
| | | | Jan 21 2026 21:11:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520223281 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Jan 21 2026 21:12:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223283 | | Email/Text: netcreditbnc@enova.com | | |
| | | | Jan 21 2026 21:12:07 | NetCredit, PO Box 206766, Dallas, TX 75320-6766 |
| 520223284 | | Email/PDF: cbp@omf.com | | |
| | | | Jan 21 2026 21:19:47 | OneMain, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 520232763 | + | Email/PDF: cbp@omf.com | | |
| | | | Jan 21 2026 21:19:32 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520223285 | | Email/Text: bkrgeneric@penfed.org | | |
| | | | Jan 21 2026 21:10:00 | Pentagon Federal Credit Union, Box 1432, Alexandria, VA 22313-2302 |
| 520427161 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 21 2026 21:19:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520427162 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 21 2026 21:20:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520223288 | | Email/Text: ProsperBK@prosper.com | | |
| | | | Jan 21 2026 21:11:00 | Prosper Marketplace, Inc., 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 520223287 | | Email/Text: ProsperBK@prosper.com | | |
| | | | Jan 21 2026 21:11:00 | Prosper Marketplace, Inc., PO Box 886081, Los Angeles, CA 90088-6081 |
| 520284024 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jan 21 2026 21:12:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520300629 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jan 21 2026 21:11:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520255048 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jan 21 2026 21:12:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520298530 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jan 21 2026 21:12:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA |

Case 24-13760-ABA  Doc 81  Filed 01/23/26  Entered 01/24/26 00:19:56  Desc Imaged
Certificate of Notice  Page 5 of 6

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: ntcrics | Total Noticed: 85 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 520299531 | | Email/Text: bnc-quantum@quantum3group.com | Jan 21 2026 21:12:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520223289 | ^ | MEBN | Jan 21 2026 20:59:54 | Republic Bank, 175 W. Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 520375900 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 21:19:39 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520375901 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 21:19:39 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 520301904 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 21:19:54 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223291 | | Email/Text: Bankruptcy@sunrun.com | Jan 21 2026 21:11:00 | Sunrun, Inc., 1800 W. Ashton Blvd, Lehi, UT 84043 |
| 520324576 | | Email/Text: bankruptcynotice@sjindustries.com | Jan 21 2026 21:11:00 | South Jersey Gas Company, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 520308834 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 21 2026 21:19:53 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520223292 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 21 2026 21:19:34 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520302619 | | Email/Text: bncmail@w-legal.com | Jan 21 2026 21:11:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520223293 | + | Email/Text: bncmail@w-legal.com | Jan 21 2026 21:11:00 | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 520223295 | | Email/Text: bknotice@upgrade.com | Jan 21 2026 21:10:00 | Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 520223296 | | Email/Text: EDBKNotices@ecmc.org | Jan 21 2026 21:10:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520300220 | | Email/Text: bankruptcynotices@vivecard.com | Jan 21 2026 21:10:00 | Vive Financial, PO Box 708670, Sandy, UT 84070 |
| 520223297 | | Email/Text: bankruptcynotices@vivecard.com | Jan 21 2026 21:10:00 | Vive Financial, PO Box 708970, Sandy, UT 84070-8970 |
| 520269236 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 21 2026 21:19:49 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520264458 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 21 2026 21:19:35 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520223298 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 21 2026 21:19:35 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 76

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520285757 | * | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: ntcrics | Total Noticed: 85 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com |
| Laura M. Egerman | on behalf of Creditor Pentagon Federal Credit Union laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rex J. Roldan | on behalf of Debtor William E. Czyzewski  Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Joint Debtor Ashley E. Czyzewski roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor CarMax Business Services  LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9