| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | William E. Czyzewski Jr. <br> First Name  Middle Name  Last Name | Social Security number or ITIN:  xxx–xx–8197 <br> EIN:  _ _–_ _ _ _ _ _ _ | |
| Debtor 2: <br> (Spouse, if filing) | Ashley E. Czyzewski <br> First Name  Middle Name  Last Name | Social Security number or ITIN:  xxx–xx–1239 <br> EIN:  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   District of New Jersey | | Date case filed in chapter:   13   4/13/24 | |
| Case number:   24–13760–ABA | | Date case converted to chapter:   7   3/19/26 | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William E. Czyzewski Jr. | Ashley E. Czyzewski |
| 2. | **All other names used in the last 8 years** | aka William Ernest Czyzewski Jr. | aka Ashley Elizabeth Czyzewski |
| 3. | **Address** | 56 Thackery Court <br> Sewell, NJ 08080 | 56 Thackery Court <br> Sewell, NJ 08080 |
| 4. | **Debtor's attorney** <br> Name and address | Rex J. Roldan <br> Law Office of Rex J. Roldan, PC <br> Washington Professional Campus <br> 900 Route 168, Suite I–4 <br> Turnersville, NJ 08012 | Contact phone (856) 232–1425 <br><br> Email:  roldanlaw@comcast.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Maureen P. Steady <br> 2 Kings Highway West <br> Suite 102 <br> Haddonfield, NJ 08033 | Contact phone 856–428–1060 |

**For more information, see page 2 >**

Debtor  **William E. Czyzewski Jr.**  and  **Ashley E. Czyzewski**                                    Case number **24–13760–ABA**

| | | |
|---|---|---|
| **6.  Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: Monday thru Friday 9:00am – 4:00pm CLOSED ON WEEKENDS AND FEDERAL HOLIDAYS<br><br>Contact phone: 856–361–2300<br><br>Date: 3/20/26 |
| **7.  Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 22, 2026 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 407 947 5884, Click on JOIN using passcode 6537318063, or call 1–856–329–4207**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8.  Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.  Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 6/22/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.  Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.  Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                           page **2**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-13760-ABA

William E. Czyzewski, Jr.                                                                 Chapter 7

Ashley E. Czyzewski
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                Page 1 of 5

Date Rcvd: Mar 20, 2026                       Form ID: 309A                              Total Noticed: 86

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

^                   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#                   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
                    the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | William E. Czyzewski, Jr., Ashley E. Czyzewski, 56 Thackery Court, Sewell, NJ 08080-1414 |
| 520223256 | + | Affirm, Inc., 622 Folsom Street, Floor 7, San Francisco, CA 94107-1305 |
| 520223264 | + | College Avenue Student Loan, 4099 McEwen Road, Suite 7008, Farmers Branch, TX 75244-5030 |
| 520223280 | + | Mariner Finance, LLC, 5851 Rt. 42 Plaza, Suite 16, Turnersville, NJ 08012-1460 |
| 520779739 | + | NJCLASS, PO Box 544, Trenton, NJ 08625-0544 |
| 520223286 | + | Portnoy Schneck, LLC, 3705 Quakerbridge Road, Suite 116, Hamilton, NJ 08619-1288 |
| 520223290 | + | Schachter Portnoy, LLC, 3490 Route 1, Princeton, NJ 08540-5920 |
| 520415344 | + | Wensley Homeowners Association, 46 Sussex Avenue, Sewell, NJ 08080-1233 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: roldanlaw@comcast.net | Mar 20 2026 21:46:00 | Rex J. Roldan, Law Office of Rex J. Roldan, PC, Washington Professional Campus, 900 Route 168, Suite I-4, Turnersville, NJ 08012 |
| tr | | EDI: BMPSTEADY | Mar 21 2026 01:18:00 | Maureen P. Steady, 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2026 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520984229 | + | EDI: JEFFERSONCAP.COM | Mar 21 2026 01:18:00 | 1st Financial Bank USA, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520273452 | + | EDI: JEFFERSONCAP.COM | Mar 21 2026 01:18:00 | 1st Financial Bank USA, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520223255 | | Email/Text: bankruptcynotice@1fbusa.com | Mar 20 2026 21:48:00 | 1st Financial Bank USA, PO Box 1100, North Sioux City, SD 57049-1100 |
| 520285756 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 21:50:13 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223257 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2026 21:49:59 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 520263470 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2026 21:50:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520223258 | | EDI: AQUAFINANCE.COM | | |

| | | | |
|---|---|---|---|
| | | Mar 21 2026 01:18:00 | Aqua Finance Inc., PO Box 1143, Wausau, WI 54402-1143 |
| 520324575 | Email/Text: bankruptcy@pepcoholdings.com | | |
| | | Mar 20 2026 21:47:00 | Atlantic City Electric, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520223294 | Email/Text: processing@tbobank.com | | |
| | | Mar 20 2026 21:47:00 | The Bank of Orrick, 113 E. South Front Street, Orrick, MO 64077 |
| 520223259 | + EDI: CITICORP | | |
| | | Mar 21 2026 01:18:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 520223261 | Email/Text: CAF_Bankruptcy_Department@carmax.com | | |
| | | Mar 20 2026 21:47:00 | CarMax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 520227173 | Email/Text: CAF_Bankruptcy_Department@carmax.com | | |
| | | Mar 20 2026 21:47:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 520223262 | + EDI: PHINGENESIS | | |
| | | Mar 21 2026 01:18:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 520309380 | Email/Text: BKelectronicnotices@cenlar.com | | |
| | | Mar 20 2026 21:47:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520223263 | + EDI: AISCMGFIN | | |
| | | Mar 21 2026 01:18:00 | CMG Financial, PO Box 77404, Ewing, NJ 08628-6404 |
| 520223260 | EDI: CAPITALONE.COM | | |
| | | Mar 21 2026 01:18:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520255588 | + EDI: AIS.COM | | |
| | | Mar 21 2026 01:18:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520301809 | EDI: CITICORP | | |
| | | Mar 21 2026 01:18:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520223265 | EDI: WFNNB.COM | | |
| | | Mar 21 2026 01:18:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520223266 | + EDI: PHINGENESIS | | |
| | | Mar 21 2026 01:18:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 520223267 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Mar 20 2026 21:50:10 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520223269 | EDI: DISCOVER | | |
| | | Mar 21 2026 01:18:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 520223279 | EDI: CITICORP | | |
| | | Mar 21 2026 01:18:00 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 520223268 | + EDI: DISCOVER | | |
| | | Mar 21 2026 01:18:00 | Discover, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 520265221 | EDI: DISCOVER | | |
| | | Mar 21 2026 01:18:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520231168 | EDI: DISCOVER | | |
| | | Mar 21 2026 01:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520223272 | Email/Text: BankruptcyNotices@firsttechfed.com | | |
| | | Mar 20 2026 21:46:00 | First Tech Federal Credit Union, PO Box 2100, Beaverton, OR 97075-2100 |
| 520223270 | + EDI: PHINGENESIS | | |
| | | Mar 21 2026 01:18:00 | Feb Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223271 | EDI: AMINFOFP.COM | | |
| | | Mar 21 2026 01:18:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520223273 | ^  MEBN | | |
| | | Mar 20 2026 21:40:54 | Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 520577096 | + Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | Mar 20 2026 21:47:00 | Freedom Mortgage Corporation, Bankruptcy |

District/off: 0312-1    User: admin    Page 3 of 5

Date Rcvd: Mar 20, 2026    Form ID: 309A    Total Noticed: 86

| | | | |
|---|---|---|---|
| | | | Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-8022 |
| 520577097 | + Email/Text: Bankruptcy@Freedommortgage.com | Mar 20 2026 21:47:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939, Freedom Mortgage Corporation, Bankruptcy Department 46037-8022 |
| 520223274 | + EDI: CITICORP | Mar 21 2026 01:18:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 520223275 | EDI: IRS.COM | Mar 21 2026 01:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520291067 | EDI: JEFFERSONCAP.COM | Mar 21 2026 01:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520246839 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 20 2026 21:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520223276 | Email/Text: bankruptcy@kashable.com | Mar 20 2026 21:46:00 | Kashable LLC, 489 Fifth Avenue, 18th Floor, New York, NY 10017 |
| 520223277 | + Email/Text: bankruptcy.us@klarna.com | Mar 20 2026 21:47:00 | Klarna Inc., 800 N. High Street, Suite 400, Columbus, OH 43215-1430 |
| 520223278 | EDI: CAPITALONE.COM | Mar 21 2026 01:18:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520302110 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 21:50:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520307881 | + Email/Text: bankruptcy@marinerfinance.com | Mar 20 2026 21:47:00 | MARINER FINANCE, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520223282 | Email/Text: EBN@Mohela.com | Mar 20 2026 21:47:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520412862 | Email/Text: EBN@Mohela.com | Mar 20 2026 21:47:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520223281 | + EDI: PHINGENESIS | Mar 21 2026 01:18:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223283 | Email/Text: netcreditbnc@enova.com | Mar 20 2026 21:48:00 | NetCredit, PO Box 206766, Dallas, TX 75320-6766 |
| 520223284 | EDI: AGFINANCE.COM | Mar 21 2026 01:18:00 | OneMain, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 520232763 | + EDI: AGFINANCE.COM | Mar 21 2026 01:18:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520223285 | Email/Text: bkrgeneric@penfed.org | Mar 20 2026 21:46:00 | Pentagon Federal Credit Union, Box 1432, Alexandria, VA 22313-2302 |
| 520427161 | EDI: PRA.COM | Mar 21 2026 01:18:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520427162 | EDI: PRA.COM | Mar 21 2026 01:18:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520223288 | Email/Text: ProsperBK@prosper.com | Mar 20 2026 21:48:00 | Prosper Marketplace, Inc., 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 520223287 | Email/Text: ProsperBK@prosper.com | Mar 20 2026 21:48:00 | Prosper Marketplace, Inc., PO Box 886081, Los Angeles, CA 90088-6081 |
| 520284024 | + EDI: JEFFERSONCAP.COM | Mar 21 2026 01:18:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520300629 | + Email/Text: bncmail@w-legal.com | Mar 20 2026 21:47:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, |

| | | | |
|---|---|---|---|
| | | | SEATTLE, WA 98101-2051 |
| 520255048 | EDI: Q3G.COM | Mar 21 2026 01:18:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520298530 | EDI: Q3G.COM | Mar 21 2026 01:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520299531 | EDI: Q3G.COM | Mar 21 2026 01:18:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520223289 | ^ MEBN | Mar 20 2026 21:39:05 | Republic Bank, 175 W. Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 520375900 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 21:50:14 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520375901 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 21:50:13 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 520301904 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 21:50:02 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223291 | Email/Text: Bankruptcy@sunrun.com | Mar 20 2026 21:48:00 | Sunrun, Inc., 1800 W. Ashton Blvd, Lehi, UT 84043 |
| 520324576 | Email/Text: bankruptcynotice@sjindustries.com | Mar 20 2026 21:48:00 | South Jersey Gas Company, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 520308834 | + EDI: AIS.COM | Mar 21 2026 01:18:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520223292 | EDI: SYNC | Mar 21 2026 01:18:00 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520302619 | Email/Text: bncmail@w-legal.com | Mar 20 2026 21:47:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520223293 | + EDI: WTRRNBANK.COM | Mar 21 2026 01:18:00 | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 520223295 | Email/Text: bknotice@upgrade.com | Mar 20 2026 21:46:00 | Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 520223296 | Email/Text: EDBKNotices@ecmc.org | Mar 20 2026 21:46:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520300220 | Email/Text: bankruptcynotices@vivecard.com | Mar 20 2026 21:46:00 | Vive Financial, PO Box 708670, Sandy, UT 84070 |
| 520223297 | Email/Text: bankruptcynotices@vivecard.com | Mar 20 2026 21:46:00 | Vive Financial, PO Box 708970, Sandy, UT 84070-8970 |
| 520269236 | EDI: WFCCSBK | Mar 21 2026 01:18:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520264458 | EDI: WFCCSBK | Mar 21 2026 01:18:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520223298 | EDI: WFCCSBK | Mar 21 2026 01:18:00 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 78

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a**

District/off: 0312-1                          User: admin                                    Page 5 of 5

Date Rcvd: Mar 20, 2026                       Form ID: 309A                            Total Noticed: 86

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520285757 | * | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com |
| Laura M. Egerman | on behalf of Creditor Pentagon Federal Credit Union laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Maureen P. Steady | trustee@kurtzmansteady.com  mps@trustesolutions.net,J121@ecfcbis.com,telaak@kurtzmansteady.com,steady@premierremote.com |
| Rex J. Roldan | on behalf of Debtor William E. Czyzewski  Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Joint Debtor Ashley E. Czyzewski roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor CarMax Business Services  LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 10