Form ovolcnv – ovolcnvv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24–13760–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William E. Czyzewski Jr.                                  Ashley E. Czyzewski
aka William Ernest Czyzewski Jr.                  aka Ashley Elizabeth Czyzewski
56 Thackery Court                                          56 Thackery Court
Sewell, NJ 08080                                           Sewell, NJ 08080

Social Security No.:
xxx–xx–8197                                                   xxx–xx–1239

Employer's Tax I.D. No.:

## ORDER Re VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

The Court having noted the voluntary conversion to chapter 7 by the debtor, and for good cause shown, it is hereby

ORDERED that within 120 days of the date of this order the chapter 13 trustee shall file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that upon the filing of the Final Report the chapter 13 trustee is discharged as trustee of the estate and the bond is canceled, and it is further

ORDERED that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed, and

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order, and

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order, and

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

Dated: March 20, 2026
JAN: lgr

Andrew B. Altenburg Jr.
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 24-13760-ABA

William E. Czyzewski, Jr.                                                          Chapter 7

Ashley E. Czyzewski

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                    Page 1 of 2

Date Rcvd: Mar 20, 2026                    Form ID: ovolcnv                         Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

#                  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
                    the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                  #+  William E. Czyzewski, Jr., Ashley E. Czyzewski, 56 Thackery Court, Sewell, NJ 08080-1414

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed
below:**

**Name                                    Email Address**

Andrew B Finberg

    on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg

    courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

District/off: 0312-1                                    User: admin                                          Page 2 of 2

Date Rcvd: Mar 20, 2026                                 Form ID: ovolcnv                                     Total Noticed: 2

Kimberly A. Wilson

        on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com

Laura M. Egerman

        on behalf of Creditor Pentagon Federal Credit Union laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Matthew K. Fissel

        on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Rex J. Roldan

        on behalf of Debtor William E. Czyzewski  Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com

Rex J. Roldan

        on behalf of Joint Debtor Ashley E. Czyzewski roldanlaw@comcast.net  roldanlaw1@gmail.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

        on behalf of Creditor CarMax Business Services  LLC wcraig@egalawfirm.com,
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9