**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE DIVISION**

| | |
|---|---|
| In re:<br>WILLIAM E. CZYZEWSKI, JR.<br>ASHLEY E. CZYZEWSKI<br>Debtor(s) | Case No. 24-13760-ABA |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Andrew B. Finberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/13/2024.

2) The plan was confirmed on 11/13/2024.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/06/2025.

5) The case was Converted on 03/20/2026.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $20,242.76.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $52,386.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$52,386.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,213.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,238.60 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$9,451.60**

Attorney fees paid and disclosed by debtor: $287.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1ST FINANCIAL BANK USA | Unsecured | 1,538.10 | 1,583.15 | 1,583.15 | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | 2,540.15 | 990.67 | 990.67 | 0.00 | 0.00 |
| AFFIRM, INC. | Unsecured | NA | 1,073.69 | 1,073.69 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 3,398.64 | 3,516.66 | 3,516.66 | 0.00 | 0.00 |
| ATLANTIC CITY ELECTRIC COMPANY | Unsecured | NA | 1,375.34 | 1,375.34 | 0.00 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | NA | 2,950.26 | 2,950.26 | 0.00 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | NA | 637.19 | 637.19 | 0.00 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | NA | 1,712.43 | 1,712.43 | 0.00 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | NA | 479.94 | 479.94 | 0.00 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | 1,073.00 | 884.28 | 884.28 | 0.00 | 0.00 |
| CARMAX BUSINESS SERVICES, LLC | Secured | 42,102.00 | 42,462.04 | 52,270.43 | 28,766.85 | 0.00 |
| CITIBANK, N.A. | Unsecured | 498.00 | 500.80 | 500.80 | 0.00 | 0.00 |
| CITIBANK, N.A. | Unsecured | 1,004.00 | 1,004.05 | 1,004.05 | 0.00 | 0.00 |
| CITIBANK, N.A. | Unsecured | 361.73 | 400.13 | 400.13 | 0.00 | 0.00 |
| COLLEGE AVE STUDENT LOAN SERV | Unsecured | 11,738.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF THE TREASURY | Priority | 980.00 | 917.00 | 917.00 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 2,996.00 | 492.57 | 492.57 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 505.00 | 3,112.52 | 3,112.52 | 0.00 | 0.00 |
| FIRST TECH FEDERAL CREDIT UNION | Unsecured | 4,517.00 | 4,501.55 | 4,501.55 | 0.00 | 0.00 |
| FREEDOM | Unsecured | 3,138.43 | NA | NA | 0.00 | 0.00 |
| FREEDOM MORTGAGE CORPORATIO | Secured | 669,191.77 | 694,090.73 | 13,354.17 | 13,354.17 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 1,583.15 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 2,022.00 | 2,231.44 | 2,231.44 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK, N.A. | Unsecured | NA | 3,214.43 | 3,214.43 | 0.00 | 0.00 |
| KASHABLE, LLC | Unsecured | 1,935.00 | 1,484.98 | 1,484.98 | 0.00 | 0.00 |
| KLARNA INC. | Unsecured | 195.94 | NA | NA | 0.00 | 0.00 |
| KOHL'S | Unsecured | 2,605.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 477.94 | 477.94 | 0.00 | 0.00 |
| MARINER FINANCE, LLC | Unsecured | 6,703.00 | 6,957.16 | 6,957.16 | 0.00 | 0.00 |
| MILESTONE | Unsecured | 829.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NETCREDIT | Unsecured | 2,351.38 | NA | NA | 0.00 | 0.00 |
| NJ CLASS | Unsecured | NA | 20,543.45 | 0.00 | 0.00 | 0.00 |
| PENTAGON FEDERAL CREDIT UNION | Secured | 25,826.82 | 26,186.07 | 1,202.11 | 813.38 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 12,583.00 | 13,036.08 | 13,036.08 | 0.00 | 0.00 |
| PORTNOY SCHNECK, LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC | Unsecured | 792.00 | 946.69 | 946.69 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC | Unsecured | NA | 911.64 | 911.64 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Unsecured | NA | 1,305.77 | 1,305.77 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Unsecured | NA | 825.91 | 825.91 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Unsecured | NA | 447.27 | 447.27 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Unsecured | 176.00 | 306.57 | 306.57 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Unsecured | 384.87 | 907.36 | 907.36 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Unsecured | 384.00 | 432.85 | 432.85 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Secured | 39,314.00 | 39,245.82 | 0.00 | 0.00 | 0.00 |
| RESURGENT RECEIVABLES, LLC | Unsecured | 21,050.00 | 18,856.08 | 18,856.08 | 0.00 | 0.00 |
| RESURGENT RECEIVABLES, LLC | Unsecured | 21,050.00 | 21,545.02 | 21,545.02 | 0.00 | 0.00 |
| RESURGENT RECEIVABLES, LLC | Unsecured | 477.00 | 620.91 | 620.91 | 0.00 | 0.00 |
| RESURGENT RECEIVABLES, LLC | Unsecured | NA | 1,460.73 | 1,460.73 | 0.00 | 0.00 |
| RESURGENT RECEIVABLES, LLC | Unsecured | NA | 2,502.23 | 2,502.23 | 0.00 | 0.00 |
| RESURGENT RECEIVABLES, LLC | Unsecured | NA | 1,999.57 | 1,999.57 | 0.00 | 0.00 |
| RESURGENT RECEIVABLES, LLC | Unsecured | NA | 1,469.20 | 1,469.20 | 0.00 | 0.00 |
| RESURGENT RECEIVABLES, LLC | Unsecured | NA | 718.07 | 718.07 | 0.00 | 0.00 |
| RESURGENT RECEIVABLES, LLC | Unsecured | NA | 545.49 | 545.49 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | NA | 1,197.65 | 1,197.65 | 0.00 | 0.00 |
| TD BANK USA, N.A. | Unsecured | NA | 742.44 | 742.44 | 0.00 | 0.00 |
| TD BANK USA, N.A. | Unsecured | 658.00 | 303.43 | 303.43 | 0.00 | 0.00 |
| THE BANK OF ORRICK | Unsecured | 4,824.56 | NA | NA | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Unsecured | 90,121.00 | 92,698.51 | 92,698.51 | 0.00 | 0.00 |
| UPGRADE, INC. | Unsecured | 1,376.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 3,308.00 | NA | NA | 0.00 | 0.00 |
| VIVE FINANCIAL | Unsecured | 2,627.00 | 2,627.68 | 2,627.68 | 0.00 | 0.00 |
| WELLS FARGO BANK, N.A. | Unsecured | 4,912.00 | 2,310.97 | 2,310.97 | 0.00 | 0.00 |
| WELLS FARGO BANK, N.A. | Unsecured | NA | 4,912.87 | 4,912.87 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $13,354.17 | $13,354.17 | $0.00 |
| Debt Secured by Vehicle | $53,472.54 | $29,580.23 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$66,826.71** | **$42,934.40** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $917.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$917.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$213,212.17** | **$0.00** | **$0.00** |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $9,451.60 | |
| Disbursements to Creditors | $42,934.40 | |
| **TOTAL DISBURSEMENTS** : | | **$52,386.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/23/2026 By: /s/ Andrew B. Finberg
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.