Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−13760−ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William E. Czyzewski Jr.
aka William Ernest Czyzewski Jr.
56 Thackery Court
Sewell, NJ 08080

Ashley E. Czyzewski
aka Ashley Elizabeth Czyzewski
56 Thackery Court
Sewell, NJ 08080

Social Security No.:
  xxx−xx−8197                                               xxx−xx−1239

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by William E. Czyzewski, Jr. and Ashley E. Czyzewski, Debtors.

Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Andrew B. Altenburg Jr. on:

Date:                May 19, 2026
Time:                 10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: April 23, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                        Case No. 24-13760-ABA

William E. Czyzewski, Jr.                                                     Chapter 7

Ashley E. Czyzewski

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                           Page 1 of 5

Date Rcvd: Apr 23, 2026                 Form ID: 169                           Total Noticed: 88

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | William E. Czyzewski, Jr., Ashley E. Czyzewski, 56 Thackery Court, Sewell, NJ 08080-1414 |
| cr | + | CarMax Business Services, LLC, 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342-4762 |
| 520223256 | + | Affirm, Inc., 622 Folsom Street, Floor 7, San Francisco, CA 94107-1305 |
| 520223264 | + | College Avenue Student Loan, 4099 McEwen Road, Suite 7008, Farmers Branch, TX 75244-5030 |
| 520223280 | + | Mariner Finance, LLC, 5851 Rt. 42 Plaza, Suite 16, Turnersville, NJ 08012-1460 |
| 520779739 | + | NJCLASS, PO Box 544, Trenton, NJ 08625-0544 |
| 520223286 | + | Portnoy Schneck, LLC, 3705 Quakerbridge Road, Suite 116, Hamilton, NJ 08619-1288 |
| 520223290 | + | Schachter Portnoy, LLC, 3490 Route 1, Princeton, NJ 08540-5920 |
| 520415344 | + | Wensley Homeowners Association, 46 Sussex Avenue, Sewell, NJ 08080-1233 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2026 21:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2026 21:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 23 2026 21:39:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-8022 |
| 520984229 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 23 2026 21:40:00 | 1st Financial Bank USA, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520273452 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 23 2026 21:40:00 | 1st Financial Bank USA, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520223255 | | Email/Text: bankruptcynotice@1fbusa.com | Apr 23 2026 21:40:00 | 1st Financial Bank USA, PO Box 1100, North Sioux City, SD 57049-1100 |
| 520285756 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2026 21:41:22 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223257 | | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 21:41:21 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 520263470 | | Email/PDF: bncnotices@becket-lee.com | Apr 23 2026 21:41:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520223258 | | Email/Text: bnc-aquafinance@quantum3group.com | Apr 23 2026 21:40:00 | Aqua Finance Inc., PO Box 1143, Wausau, WI 54402-1143 |

| | | | |
|---|---|---|---|
| 520324575 | | Email/Text: bankruptcy@pepcoholdings.com | |
| | | Apr 23 2026 21:39:00 | Atlantic City Electric, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520223294 | | Email/Text: processing@tbobank.com | |
| | | Apr 23 2026 21:39:00 | The Bank of Orrick, 113 E. South Front Street, Orrick, MO 64077 |
| 520223259 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 23 2026 21:41:12 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 520223261 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | |
| | | Apr 23 2026 21:39:00 | CarMax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 520227173 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | |
| | | Apr 23 2026 21:39:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 520223262 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
| | | Apr 23 2026 21:40:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 520309380 | | Email/Text: BKelectronicnotices@cenlar.com | |
| | | Apr 23 2026 21:39:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520223263 | + | Email/PDF: ais.cmg.ebn@aisinfo.com | |
| | | Apr 23 2026 21:41:32 | CMG Financial, PO Box 77404, Ewing, NJ 08628-6404 |
| 520223260 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Apr 23 2026 21:41:31 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520255588 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Apr 23 2026 21:41:22 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520301809 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 23 2026 21:41:34 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520223265 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Apr 23 2026 21:39:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520223266 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
| | | Apr 23 2026 21:40:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 520223267 | | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Apr 23 2026 21:41:21 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520223269 | | Email/Text: mrdiscen@discover.com | |
| | | Apr 23 2026 21:38:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 520223279 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 23 2026 21:41:12 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 520223268 | + | Email/Text: mrdiscen@discover.com | |
| | | Apr 23 2026 21:38:00 | Discover, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 520265221 | | Email/Text: mrdiscen@discover.com | |
| | | Apr 23 2026 21:38:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520231168 | | Email/Text: mrdiscen@discover.com | |
| | | Apr 23 2026 21:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520223272 | | Email/Text: BankruptcyNotices@firsttechfed.com | |
| | | Apr 23 2026 21:38:00 | First Tech Federal Credit Union, PO Box 2100, Beaverton, OR 97075-2100 |
| 520223270 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
| | | Apr 23 2026 21:40:00 | Feb Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223271 | | Email/PDF: ais.fpc.ebn@aisinfo.com | |
| | | Apr 23 2026 21:41:10 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520223273 | ^ | MEBN | |
| | | Apr 23 2026 21:32:30 | Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 520577096 | + | Email/Text: Bankruptcy@Freedommortgage.com | |
| | | Apr 23 2026 21:39:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-8022 |

| 520577097 | + Email/Text: Bankruptcy@Freedommortgage.com | Apr 23 2026 21:39:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939, Freedom Mortgage Corporation, Bankruptcy Department 46037-8022 |
|---|---|---|---|
| 520223274 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2026 21:41:12 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 520223275 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 23 2026 21:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520291067 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 23 2026 21:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520246839 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 23 2026 21:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520223276 | Email/Text: bankruptcy@kashable.com | Apr 23 2026 21:38:00 | Kashable LLC, 489 Fifth Avenue, 18th Floor, New York, NY 10017 |
| 520223277 | + Email/Text: bankruptcy.us@klarna.com | Apr 23 2026 21:39:00 | Klarna Inc., 800 N. High Street, Suite 400, Columbus, OH 43215-1430 |
| 520223278 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 23 2026 21:41:31 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520302110 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2026 21:41:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520307881 | + Email/Text: bankruptcy@marinerfinance.com | Apr 23 2026 21:39:00 | MARINER FINANCE, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520223282 | Email/Text: EBN@Mohela.com | Apr 23 2026 21:39:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520412862 | Email/Text: EBN@Mohela.com | Apr 23 2026 21:39:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520223281 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 23 2026 21:40:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223283 | Email/Text: netcreditbnc@enova.com | Apr 23 2026 21:40:38 | NetCredit, PO Box 206766, Dallas, TX 75320-6766 |
| 520223284 | Email/PDF: cbp@omf.com | Apr 23 2026 21:41:29 | OneMain, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 520232763 | + Email/PDF: cbp@omf.com | Apr 23 2026 21:41:19 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520223285 | Email/Text: bkrgeneric@penfed.org | Apr 23 2026 21:38:00 | Pentagon Federal Credit Union, Box 1432, Alexandria, VA 22313-2302 |
| 520427161 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2026 21:41:10 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520427162 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2026 21:41:10 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520223288 | Email/Text: ProsperBK@prosper.com | Apr 23 2026 21:39:00 | Prosper Marketplace, Inc., 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 520223287 | Email/Text: ProsperBK@prosper.com | Apr 23 2026 21:39:00 | Prosper Marketplace, Inc., PO Box 886081, Los Angeles, CA 90088-6081 |
| 520284024 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 23 2026 21:40:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520300629 | + Email/Text: bncmail@w-legal.com | Apr 23 2026 21:39:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520255048 | Email/Text: bnc-quantum@quantum3group.com | | |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 520298530 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2026 21:39:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 521057838 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2026 21:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520299531 | | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2026 21:39:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521057839 | + | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2026 21:39:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520223289 | ^ | MEBN | Apr 23 2026 21:39:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Velocity Investments LLC 98083-0788 |
| 520375900 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2026 21:33:31 | Republic Bank, 175 W. Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 520375901 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2026 21:41:23 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520301904 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2026 21:41:11 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 520223291 | | Email/Text: Bankruptcy@sunrun.com | Apr 23 2026 21:41:10 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520324576 | | Email/Text: bankruptcynotice@sjindustries.com | Apr 23 2026 21:39:00 | Sunrun, Inc., 1800 W. Ashton Blvd, Lehi, UT 84043 |
| 520308834 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 23 2026 21:39:00 | South Jersey Gas Company, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 520223292 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 23 2026 21:41:33 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520302619 | | Email/Text: bncmail@w-legal.com | Apr 23 2026 21:41:07 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520223293 | + | Email/Text: bncmail@w-legal.com | Apr 23 2026 21:39:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520223295 | | Email/Text: bknotice@upgrade.com | Apr 23 2026 21:39:00 | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 520223296 | | Email/Text: EDBKNotices@ecmc.org | Apr 23 2026 21:38:00 | Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 520300220 | | Email/Text: bankruptcynotices@vivecard.com | Apr 23 2026 21:38:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520223297 | | Email/Text: bankruptcynotices@vivecard.com | Apr 23 2026 21:38:00 | Vive Financial, PO Box 708670, Sandy, UT 84070 |
| 520269236 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 23 2026 21:38:00 | Vive Financial, PO Box 708970, Sandy, UT 84070-8970 |
| 520264458 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 23 2026 21:41:08 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520223298 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 23 2026 21:41:20 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| | | | Apr 23 2026 21:41:08 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

District/off: 0312-1

User: admin

Page 5 of 5

Date Rcvd: Apr 23, 2026

Form ID: 169

Total Noticed: 88

TOTAL: 79

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520285757 | * | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026

Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com |
| Laura M. Egerman | on behalf of Creditor Pentagon Federal Credit Union laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Maureen P. Steady | trustee@kurtzmansteady.com  mps@trustesolutions.net,J121@ecfcbis.com,telaak@kurtzmansteady.com,steady@premierremote.com |
| Rex J. Roldan | on behalf of Debtor William E. Czyzewski  Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Joint Debtor Ashley E. Czyzewski roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor CarMax Business Services  LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9