UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Rex J. Roldan, P.C.
Rex J. Roldan, Esquire (Attorney ID#: 017621993)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtors                        +

In Re:

WILLIAM E. CZYZEWSKI, JR. and ASHLEY E.
CZYZEWSKI

---

**Order Filed on May 19, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____24-13760 (ABA)_____

Hearing Date: _____May 19, 2026_____

Judge: _____Andrew B. Altenburg_____

Chapter: _____13_____

---

## ORDER ON MOTION TO CONVERT CASE TO CHAPTER 13

The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

**DATED: May 19, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of <u>debtors, William E. Czyzewski, Jr. and Ashley E. Czyzewski,</u>   and for good cause shown, it is

ORDERED that the motion is:

❑  denied.

☒  granted, and this case is converted from chapter __7__ to chapter 13, and it is further

ORDERED that within 7 days of the date of this Order the debtor shall file amendments to previously filed schedules and statements as necessary, and it is further

ORDERED that:

❑  if the case is converting from chapter 7, and the fee under that chapter was waived by prior order of this court, the debtor must pay the chapter 13 filing fee in the amount of $ _____ in full or file an *Application and Order for Individuals to Pay the Filing Fee in Installments* within 7 days of the date of this order or the case will be dismissed without further notice, and it is further

ORDERED that the chapter 7 trustee shall:

❑  immediately turn over to the debtor all records and property of the estate in his/her custody or control,

❑  within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on the administration of the case as required by <u>11 U.S.C. § 704(a)(9)</u>,

❑  within 30 days of the date of this Order, file a Request for Payment of Administrative Expenses including deferred filing fees, if appropriate, it is further

2

ORDERED that:

❑ the case shall not be dismissed in the event the debtor is unsuccessful in confirming and completing a plan, but will be converted to chapter 7,

❑ the conversion to chapter 13 is conditioned upon payment by the debtor(s), through the Chapter 13 plan, of all allowed chapter 7 administrative expenses, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file local forms:

• *Chapter 13 Plan and Motions*, and

• *Disclosure of Chapter 13 Debtor's Attorney Compensation* - if represented by an attorney.

ORDERED that if the debtor fails to file the documents set forth above within 14 days of the date of this Order, the case shall be dismissed by the Court without further notice. Any objection to dismissal must be filed and received by the Clerk within 7 days of the date of this Order.

*rev.8/1/18*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-13760-ABA

William E. Czyzewski, Jr.                                                    Chapter 13

Ashley E. Czyzewski

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                             User: admin                            Page 1 of 2

Date Rcvd: May 20, 2026                    Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#                 Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

**Recip ID**               **Recipient Name and Address**
db/jdb              #+   William E. Czyzewski, Jr., Ashley E. Czyzewski, 56 Thackery Court, Sewell, NJ 08080-1414

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

**Name**                     **Email Address**

Andrew B Finberg
          on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Kimberly A. Wilson
          on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com

Laura M. Egerman
          on behalf of Creditor Pentagon Federal Credit Union laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Matthew K. Fissel
          on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Rex J. Roldan
          on behalf of Debtor William E. Czyzewski  Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com

District/off: 0312-1                         User: admin                                Page 2 of 2
Date Rcvd: May 20, 2026                  Form ID: pdf903                          Total Noticed: 1

Rex J. Roldan
       on behalf of Joint Debtor Ashley E. Czyzewski roldanlaw@comcast.net  roldanlaw1@gmail.com

U.S. Trustee
       USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
       on behalf of Creditor CarMax Business Services  LLC wcraig@egalawfirm.com,
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 8