Form 185 − ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−13760−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William E. Czyzewski Jr.
aka William Ernest Czyzewski Jr.
56 Thackery Court
Sewell, NJ 08080

Ashley E. Czyzewski
aka Ashley Elizabeth Czyzewski
56 Thackery Court
Sewell, NJ 08080

Social Security No.:
xxx−xx−8197

xxx−xx−1239

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 14, 2024.

On 6/3/2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:               July 8, 2026
Time:                10:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 4, 2026
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-13760-ABA |
| William E. Czyzewski, Jr. | Chapter 13 |
| Ashley E. Czyzewski | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 04, 2026 | Form ID: 185 | Total Noticed: 89 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | William E. Czyzewski, Jr., Ashley E. Czyzewski, 56 Thackery Court, Sewell, NJ 08080-1414 |
| cr | + | CarMax Business Services, LLC, 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342-4762 |
| 520223256 | + | Affirm, Inc., 622 Folsom Street, Floor 7, San Francisco, CA 94107-1305 |
| 520223264 | + | College Avenue Student Loan, 4099 McEwen Road, Suite 7008, Farmers Branch, TX 75244-5030 |
| 520223280 | + | Mariner Finance, LLC, 5851 Rt. 42 Plaza, Suite 16, Turnersville, NJ 08012-1460 |
| 520779739 | + | NJCLASS, PO Box 544, Trenton, NJ 08625-0544 |
| 520223286 | + | Portnoy Schneck, LLC, 3705 Quakerbridge Road, Suite 116, Hamilton, NJ 08619-1288 |
| 520223290 | + | Schachter Portnoy, LLC, 3490 Route 1, Princeton, NJ 08540-5920 |
| 520415344 | + | Wensley Homeowners Association, 46 Sussex Avenue, Sewell, NJ 08080-1233 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: pmarraffa@standingtrustee.com | Jun 04 2026 20:48:00 | Andrew B Finberg, Office of the Chapter 13 Standing Truste, 535 Route 38, Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2026 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2026 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 04 2026 20:48:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-8022 |
| 520984229 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2026 20:49:00 | 1st Financial Bank USA, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520273452 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2026 20:49:00 | 1st Financial Bank USA, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520223255 | | Email/Text: bankruptcynotice@1fbusa.com | Jun 04 2026 20:49:00 | 1st Financial Bank USA, PO Box 1100, North Sioux City, SD 57049-1100 |
| 520285756 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2026 20:58:39 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223257 | | Email/PDF: bncnotices@becket-lee.com | Jun 04 2026 20:58:54 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 520263470 | | Email/PDF: bncnotices@becket-lee.com | Jun 04 2026 20:58:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| | | | |
|---|---|---|---|
| 520223258 | Email/Text: bnc-aquafinance@quantum3group.com | Jun 04 2026 20:49:00 | Aqua Finance Inc., PO Box 1143, Wausau, WI 54402-1143 |
| 520324575 | Email/Text: bankruptcy@pepcoholdings.com | Jun 04 2026 20:48:00 | Atlantic City Electric, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520223294 | Email/Text: processing@tbobank.com | Jun 04 2026 20:48:00 | The Bank of Orrick, 113 E. South Front Street, Orrick, MO 64077 |
| 520223259 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2026 20:58:57 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 520223261 | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 04 2026 20:48:00 | CarMax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 520227173 | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 04 2026 20:48:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 520223262 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 04 2026 20:49:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 520309380 | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Jun 04 2026 20:48:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520223263 | + Email/PDF: ais.cmg.ebn@aisinfo.com | Jun 04 2026 20:58:54 | CMG Financial, PO Box 77404, Ewing, NJ 08628-6404 |
| 520223260 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 20:58:33 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520255588 | + Email/PDF: ebn_ais@aisinfo.com | Jun 04 2026 20:58:38 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520301809 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2026 20:58:41 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520223265 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 04 2026 20:49:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520223266 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 04 2026 20:49:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 520223267 | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2026 20:58:35 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520223269 | Email/Text: mrdiscen@discover.com | Jun 04 2026 20:48:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 520223279 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2026 20:58:56 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 520223268 | + Email/Text: mrdiscen@discover.com | Jun 04 2026 20:48:00 | Discover, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 520265221 | Email/Text: mrdiscen@discover.com | Jun 04 2026 20:48:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520231168 | Email/Text: mrdiscen@discover.com | Jun 04 2026 20:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520223272 | Email/Text: BankruptcyNotices@firsttechfed.com | Jun 04 2026 20:47:00 | First Tech Federal Credit Union, PO Box 2100, Beaverton, OR 97075-2100 |
| 520223270 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 04 2026 20:49:00 | Feb Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223271 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 04 2026 20:58:17 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520223273 | ^ MEBN | Jun 04 2026 20:47:04 | Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 520577096 | + Email/Text: Bankruptcy@Freedommortgage.com | | |

District/off: 0312-1 | User: admin | Page 3 of 5
Date Rcvd: Jun 04, 2026 | Form ID: 185 | Total Noticed: 89

| Reg/ID | Method | Date | Recipient |
|---|---|---|---|
| | | Jun 04 2026 20:48:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-8022 |
| 520577097 | + Email/Text: Bankruptcy@Freedommortgage.com | Jun 04 2026 20:48:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939, Freedom Mortgage Corporation, Bankruptcy Department 46037-8022 |
| 520223274 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2026 20:58:21 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 520223275 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2026 20:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520291067 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2026 20:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520246839 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 04 2026 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520223276 | Email/Text: bankruptcy@kashable.com | Jun 04 2026 20:48:00 | Kashable LLC, 489 Fifth Avenue, 18th Floor, New York, NY 10017 |
| 520223277 | + Email/Text: bankruptcy.us@klarna.com | Jun 04 2026 20:48:00 | Klarna Inc., 800 N. High Street, Suite 400, Columbus, OH 43215-1430 |
| 520223278 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 20:58:33 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520302110 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2026 20:58:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520307881 | + Email/Text: bankruptcy@marinerfinance.com | Jun 04 2026 20:48:00 | MARINER FINANCE, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520223282 | Email/Text: EBN@Mohela.com | Jun 04 2026 20:48:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520412862 | Email/Text: EBN@Mohela.com | Jun 04 2026 20:48:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520223281 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 04 2026 20:49:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223283 | Email/Text: netcreditbnc@enova.com | Jun 04 2026 20:49:00 | NetCredit, PO Box 206766, Dallas, TX 75320-6766 |
| 520223284 | Email/PDF: cbp@omf.com | Jun 04 2026 20:58:50 | OneMain, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 520232763 | + Email/PDF: cbp@omf.com | Jun 04 2026 20:58:50 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520223285 | Email/Text: bkrgeneric@penfed.org | Jun 04 2026 20:47:00 | Pentagon Federal Credit Union, Box 1432, Alexandria, VA 22313-2302 |
| 520427161 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 20:58:17 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520427162 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 20:58:38 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520223288 | Email/Text: ProsperBK@prosper.com | Jun 04 2026 20:49:00 | Prosper Marketplace, Inc., 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 520223287 | Email/Text: ProsperBK@prosper.com | Jun 04 2026 20:49:00 | Prosper Marketplace, Inc., PO Box 886081, Los Angeles, CA 90088-6081 |
| 520284024 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2026 20:49:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520300629 | + Email/Text: bncmail@w-legal.com | Jun 04 2026 20:48:00 | Prosper Funding LLC, C/O Weinstein & Riley, |

District/off: 0312-1                          User: admin                                    Page 4 of 5

Date Rcvd: Jun 04, 2026                       Form ID: 185                                   Total Noticed: 89

| | | | |
|---|---|---|---|
| | | | P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520255048 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jun 04 2026 20:49:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520298530 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jun 04 2026 20:49:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 521057838 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jun 04 2026 20:49:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520299531 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jun 04 2026 20:49:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 521057839 | + | Email/Text: bnc-quantum@quantum3group.com | |
| | | Jun 04 2026 20:49:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Velocity Investments LLC 98083-0788 |
| 520223289 | ^ | MEBN | |
| | | Jun 04 2026 20:45:34 | Republic Bank, 175 W. Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 520375900 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 04 2026 20:58:19 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520375901 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 04 2026 20:58:18 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 520301904 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jun 04 2026 20:58:19 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223291 | | Email/Text: Bankruptcy@sunrun.com | |
| | | Jun 04 2026 20:49:00 | Sunrun, Inc., 1800 W. Ashton Blvd, Lehi, UT 84043 |
| 520324576 | | Email/Text: bankruptcynotice@sjindustries.com | |
| | | Jun 04 2026 20:49:00 | South Jersey Gas Company, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 520308834 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | Jun 04 2026 20:58:55 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520223292 | | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jun 04 2026 20:58:30 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520302619 | | Email/Text: bncmail@w-legal.com | |
| | | Jun 04 2026 20:48:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520223293 | + | Email/Text: bncmail@w-legal.com | |
| | | Jun 04 2026 20:48:00 | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 520223295 | | Email/Text: bknotice@upgrade.com | |
| | | Jun 04 2026 20:48:00 | Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 520223296 | | Email/Text: EDBKNotices@ecmc.org | |
| | | Jun 04 2026 20:47:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520300220 | | Email/Text: bankruptcynotices@vivecard.com | |
| | | Jun 04 2026 20:48:00 | Vive Financial, PO Box 708670, Sandy, UT 84070 |
| 520223297 | | Email/Text: bankruptcynotices@vivecard.com | |
| | | Jun 04 2026 20:48:00 | Vive Financial, PO Box 708970, Sandy, UT 84070-8970 |
| 520269236 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | |
| | | Jun 04 2026 20:58:08 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520264458 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | |
| | | Jun 04 2026 20:58:52 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

520223298          Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com
                                                   Jun 04 2026 20:58:52     Wells Fargo Card Services, PO Box 10347, Des
                                                                            Moines, IA 50306-0347


TOTAL: 80

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520285757 | * | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:        /s/Gustava Winters


# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com |
| Laura M. Egerman | on behalf of Creditor Pentagon Federal Credit Union laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Rex J. Roldan | on behalf of Debtor William E. Czyzewski  Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Joint Debtor Ashley E. Czyzewski roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor CarMax Business Services  LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9