**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0 Valuation of Security 3 Assumption of Executory Contract or unexpired Lease 0 Lien Avoidance

**Last revised: November 14, 2023**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re: Case No.: 24-13760 (ABA)

WILLIAM E. CZYEWSKI, JR. and ASHLEY E. CZYZEWSKI Judge: Andrew B. Altenburg, Jr.

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original ☒ Modified/Notice Required Date: September 1, 2026

☐ Motions Included ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7 c.

Initial Debtor(s)' Attorney: /s/ RJR Initial Debtor: /s/ WEC Initial Co-Debtor: /s/ AEC

**Part 1: Payment and Length of Plan**

a. The debtor shall pay to the Chapter 13 Trustee $ 2,850.00 monthly for 19 months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $ 1,250.00 per month for 40 months; $______ per month for ____ months, for a total of 60 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☒ Other sources of funding (describe source, amount and date when funds are available):

$54,886.00 paid to date.

c. Use of real property to satisfy plan obligations:

☒ Sale of real property
Description: 56 Thackery Court, Sewell, NJ 08080
Proposed date for completion: Sold October 24, 2025

☐ Refinance of real property:
Description:
Proposed date for completion: ________________

☐ Loan modification with respect to mortgage encumbering real property:
Description:
Proposed date for completion: ________________

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:

☒ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor: /s/ WEC Initial Co-Debtor: /s/ AEC

**Part 2: Adequate Protection** ☒ NONE

a. Adequate protection payments will be made in the amount of $________________ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ______________________________(creditor). (Adequate protection payments to be commenced upon order of the Court.)

b. Adequate protection payments will be made in the amount of $ _______________to be paid directly by the debtor(s), pre-confirmation to: ______________________________(creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,213.00 (paid) |
| DOMESTIC SUPPORT OBLIGATION | | |
| INTERNAL REVENUE SERVICE | INCOME TAXES | $917.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☒ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| | | | | | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| | | | | | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

**c. Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506: ☒ NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender ☐ NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| CarMax Auto Finance | 2019 Chevrolet Silverado | $22,550.00 | $23,503.58 |
| Quantum3 Group LLC as agent for Aqua Finance Inc | 2023 Transcend 261BH (travel trailer) | $39,245.82 | $39,245.82 |

**f. Secured Claims Unaffected by the Plan ☐ NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| Pentagon Federal Credit Union | 2016 Cadillac Escalade |

**g. Secured Claims to be Paid in Full Through the Plan: ☒ NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
| | | | | |

**Part 5: Unsecured Claims** ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _______________ to be distributed *pro rata*

☐ Not less than _______________ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis For Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| | | | |

**Part 6: Executory Contracts and Unexpired Leases** ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
| Christopher Ash | | Residential lease | Lease assumed and rents paid outside the plan | $2,750.00/month |
| Compass Storage Facility | | Storage lease | Lease assumed and rents paid outside the plan | $136.00/month |
| RecNation | | Storage lease | Lease assumed and rents paid outside the plan | $311.63 |

**Part 7: Motions ☒ NONE**

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

**a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f). ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured. ☒ NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

d. Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Chapter 13 Standing Trustee Fees, upon receipt of funds
2) Attorney's fees
3) Priority claims
4) Unsecured claims
5) ____________________
6) ____________________

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☒ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: June 3, 2026.

Explain below **why** the plan is being modified:

Chapter 13 Trustee requires a 60 month plan, i.e., the previous amended plan only provided for 36 month payment plan.

Are Schedules I and J being filed simultaneously with this Modified Plan? ☐ Yes ☒ No

## Part 10: Non-Standard Provision(s):

Non-Standard Provisions:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: September 1, 2026 /s/ William E. Czyzewski, Jr.
Debtor

Date: September 1, 2026 /s/ Ashley E. Czyzewski
Joint Debtor

Date: September 1, 2026 /s/ Rex J. Roldan
Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re: Case No. 24-13760-ABA

William E. Czyzewski, Jr. Chapter 13

Ashley E. Czyzewski

Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 5

Date Rcvd: Sep 02, 2026 Form ID: pdf901 Total Noticed: 89

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | William E. Czyzewski, Jr., Ashley E. Czyzewski, 56 Thackery Court, Sewell, NJ 08080-1414 |
| cr | + | CarMax Business Services, LLC, 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342-4762 |
| 520223256 | + | Affirm, Inc., 622 Folsom Street, Floor 7, San Francisco, CA 94107-1305 |
| 520223264 | + | College Avenue Student Loan, 4099 McEwen Road, Suite 7008, Farmers Branch, TX 75244-5030 |
| 520223280 | + | Mariner Finance, LLC, 5851 Rt. 42 Plaza, Suite 16, Turnersville, NJ 08012-1460 |
| 520779739 | + | NJCLASS, PO Box 544, Trenton, NJ 08625-0544 |
| 520223286 | + | Portnoy Schneck, LLC, 3705 Quakerbridge Road, Suite 116, Hamilton, NJ 08619-1288 |
| 520223290 | + | Schachter Portnoy, LLC, 3490 Route 1, Princeton, NJ 08540-5920 |
| 520415344 | + | Wensley Homeowners Association, 46 Sussex Avenue, Sewell, NJ 08080-1233 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: pmarraffa@standingtrustee.com | Sep 02 2026 21:40:00 | Andrew B Finberg, Office of the Chapter 13 Standing Truste, 535 Route 38, Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 02 2026 21:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 02 2026 21:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 02 2026 21:41:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-8022 |
| 520984229 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 02 2026 21:42:00 | 1st Financial Bank USA, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520273452 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 02 2026 21:42:00 | 1st Financial Bank USA, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520223255 | | Email/Text: bankruptcynotice@1fbusa.com | Sep 02 2026 21:41:00 | 1st Financial Bank USA, PO Box 1100, North Sioux City, SD 57049-1100 |
| 520285756 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 21:48:24 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223257 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2026 21:48:13 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 520263470 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2026 21:48:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| | | | | |
|---|---|---|---|---|
| 520223258 | | Email/Text: bnc-aquafinance@quantum3group.com | Sep 02 2026 21:42:00 | Aqua Finance Inc., PO Box 1143, Wausau, WI 54402-1143 |
| 520324575 | | Email/Text: bankruptcy@pepcoholdings.com | Sep 02 2026 21:41:00 | Atlantic City Electric, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 520223294 | | Email/Text: processing@tbobank.com | Sep 02 2026 21:41:00 | The Bank of Orrick, 113 E. South Front Street, Orrick, MO 64077 |
| 520223259 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2026 21:49:14 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 520223261 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 02 2026 21:41:00 | CarMax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 520227173 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 02 2026 21:41:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 520223262 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 02 2026 21:42:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 520309380 | | Email/Text: cenlar_bkmail@ecf.epiqsystems.com | Sep 02 2026 21:41:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520223263 | + | Email/PDF: ais.cmg.ebn@aisinfo.com | Sep 02 2026 21:48:16 | CMG Financial, PO Box 77404, Ewing, NJ 08628-6404 |
| 520223260 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 02 2026 21:48:12 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520255588 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 02 2026 21:49:14 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520301809 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2026 21:49:01 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520223265 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 02 2026 21:41:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 520223266 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 02 2026 21:42:00 | Concora Credit, PO Box 4477, Beaverton, OR 97076-4401 |
| 520223267 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 02 2026 21:48:16 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520223269 | | Email/Text: mrdiscen@discover.com | Sep 02 2026 21:40:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 520223279 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2026 21:49:01 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 520223268 | + | Email/Text: mrdiscen@discover.com | Sep 02 2026 21:40:00 | Discover, PO Box 30396, Salt Lake City, UT 84130-0396 |
| 520265221 | | Email/Text: mrdiscen@discover.com | Sep 02 2026 21:40:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520231168 | | Email/Text: mrdiscen@discover.com | Sep 02 2026 21:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520223272 | | Email/Text: BankruptcyNotices@firsttechfed.com | Sep 02 2026 21:40:00 | First Tech Federal Credit Union, PO Box 2100, Beaverton, OR 97075-2100 |
| 520223270 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 02 2026 21:42:00 | Feb Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223271 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 02 2026 21:48:59 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 520223273 | ^ | MEBN | Sep 02 2026 21:39:39 | Freedom, PO Box 15123, Wilmington, DE 19850-5123 |
| 520577096 | + | Email/Text: Bankruptcy@Freedommortgage.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 02 2026 21:41:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-8022 |
| 520577097 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 02 2026 21:41:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939, Freedom Mortgage Corporation, Bankruptcy Department 46037-8022 |
| 520223274 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 02 2026 21:49:14 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 520223275 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 02 2026 21:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520291067 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 02 2026 21:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520246839 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 02 2026 21:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520223276 | | Email/Text: bankruptcy@kashable.com | Sep 02 2026 21:40:00 | Kashable LLC, 489 Fifth Avenue, 18th Floor, New York, NY 10017 |
| 520223277 | + | Email/Text: bankruptcy.us@klarna.com | Sep 02 2026 21:41:00 | Klarna Inc., 800 N. High Street, Suite 400, Columbus, OH 43215-1430 |
| 520223278 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 02 2026 21:48:13 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520302110 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 21:48:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520307881 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 02 2026 21:41:00 | MARINER FINANCE, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520223282 | | Email/Text: EBN@Mohela.com | Sep 02 2026 21:41:00 | Mohela/Dept of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520412862 | | Email/Text: EBN@Mohela.com | Sep 02 2026 21:41:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520223281 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 02 2026 21:42:00 | Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 520223283 | | Email/Text: netcreditbnc@enova.com | Sep 02 2026 21:42:00 | NetCredit, PO Box 206766, Dallas, TX 75320-6766 |
| 520223284 | | Email/PDF: cbp@omf.com | Sep 02 2026 21:49:08 | OneMain, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 520232763 | + | Email/PDF: cbp@omf.com | Sep 02 2026 21:48:55 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520223285 | | Email/Text: bkrgeneric@penfed.org | Sep 02 2026 21:40:00 | Pentagon Federal Credit Union, Box 1432, Alexandria, VA 22313-2302 |
| 520427161 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2026 21:48:16 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520427162 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2026 21:48:58 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520284024 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 02 2026 21:42:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520300629 | + | Email/Text: bncmail@w-legal.com | Sep 02 2026 21:41:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520223288 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 02 2026 21:49:12 | Prosper Marketplace, Inc., 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 520223287 | | Email/PDF: ProsperBKDetection@resurgent.com | | |

| | | | |
|---|---|---|---|
| | | Sep 02 2026 21:48:16 | Prosper Marketplace, Inc., PO Box 886081, Los Angeles, CA 90088-6081 |
| 520255048 | Email/Text: bnc-quantum@quantum3group.com | Sep 02 2026 21:41:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520298530 | Email/Text: bnc-quantum@quantum3group.com | Sep 02 2026 21:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 521057838 | Email/Text: bnc-quantum@quantum3group.com | Sep 02 2026 21:41:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520299531 | Email/Text: bnc-quantum@quantum3group.com | Sep 02 2026 21:41:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 521057839 | + Email/Text: bnc-quantum@quantum3group.com | Sep 02 2026 21:41:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Velocity Investments LLC 98083-0788 |
| 520223289 | ^ MEBN | Sep 02 2026 21:36:49 | Republic Bank, 175 W. Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 520375900 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 21:48:31 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520375901 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 21:48:24 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 520301904 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 21:48:28 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520223291 | Email/Text: Bankruptcy@sunrun.com | Sep 02 2026 21:41:00 | Sunrun, Inc., 1800 W. Ashton Blvd, Lehi, UT 84043 |
| 520324576 | Email/Text: bankruptcynotice@sjindustries.com | Sep 02 2026 21:41:00 | South Jersey Gas Company, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 520308834 | + Email/PDF: ebn_ais@aisinfo.com | Sep 02 2026 21:49:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520223292 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 02 2026 21:48:08 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 520302619 | Email/Text: bncmail@w-legal.com | Sep 02 2026 21:41:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520223293 | + Email/Text: bncmail@w-legal.com | Sep 02 2026 21:41:00 | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 520223295 | Email/Text: bknotice@upgrade.com | Sep 02 2026 21:40:00 | Upgrade, Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 520223296 | Email/Text: EDBKNotices@ecmc.org | Sep 02 2026 21:40:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 520300220 | Email/Text: bankruptcynotices@vivecard.com | Sep 02 2026 21:40:00 | Vive Financial, PO Box 708670, Sandy, UT 84070 |
| 520223297 | Email/Text: bankruptcynotices@vivecard.com | Sep 02 2026 21:40:00 | Vive Financial, PO Box 708970, Sandy, UT 84070-8970 |
| 520269236 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 02 2026 21:49:10 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520264458 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 02 2026 21:48:59 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

| | | | |
|---|---|---|---|
| 520223298 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 02 2026 21:48:10 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 80

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520285757 | * | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| Laura M. Egerman | on behalf of Creditor Pentagon Federal Credit Union laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Rex J. Roldan | on behalf of Debtor William E. Czyzewski Jr. roldanlaw@comcast.net, roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Joint Debtor Ashley E. Czyzewski roldanlaw@comcast.net roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor CarMax Business Services LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9